**Exhibit A**

**(Highlighted Provisions Pursuant to Del. Bankr. L.R. 6004-1)**

[To Be Provided Upon Filing of Lot 1 Stalking Horse Agreement and Form Lot 2 Purchase Agreement.]

52238/0001-9923501v1