**Exhibit B**

**(Lot 1 Stalking Horse Agreement)**

[To Be Provided.]