# EXHIBIT B

(APPROVED BUDGET)

52238/0001-9973158v

**Nirvanix Inc.**
Cash Flow Model   10/5/13 through 11/30/13
$ in 000's USD

| Week Ended Saturday | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/5/13 | 10/12/13 | 10/19/13 | 10/26/13 | 11/2/13 | 11/9/13 | 11/16/13 | 11/23/13 | 11/30/13 | |
| Beginning Cash | | 58 | 223 | 512 | 196 | 209 | 20 | 41 | 89 | 102 | - |
| **Asset Sales & Liquidation Cash** | | | | | | | | | | | |
| Fixed Assets (Owned Office Equipment) | | | | | 15.0 | | | | Lot 1 Sale | | 15 |
| Intellectual Property Assets | | | | | | | | | 2,380 | | 2,380 |
| Customer Accounts (Service Providers) | | | | | | | | | | | - |
| Total Asset Sales & Liquidation Cash | | - | - | - | 15 | - | - | - | 2,380 | - | 2,395 |
| **Collections** | Open AR | | | | | | | | | | |
| Customer Accounts Receivables (pre+post) | 1,412 | 15 | 185.7 | | 75.0 | 75.0 | 75.0 | 75.0 | 50.0 | 25.0 | 576 |
| Customer Referral Fees | | | | | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 30 |
| Customer Transition | | | | | | | | | | | - |
| Total Collections | | 15 | 185 | - | 80 | 80 | 80 | 80 | 55 | 30 | 606 |
| Total Cash In | | 15 | 186 | - | 95 | 80 | 80 | 80 | 2,435 | 30 | 3,001 |
| **Payroll and Benefits** | | | | | | | | | | | |
| Payroll, Payroll Fees & Taxes | | | (122.9) | (3.1) | (24.0) | (35.0) | (25.0) | (20.0) | (10.0) | (5.0) | (245) |
| Wind-down Team Retention | | | | | | (105.0) | | | | | (105) |
| Expense Reports / Employee Credit Cards | | | | (4.0) | (2.0) | (2.0) | (2.0) | (2.0) | | | (12) |
| Contract Communications | | | | (20.0) | (3.0) | (3.0) | (3.0) | | | | (29) |
| Contract Labor | | | (1.0) | (20.0) | (4.8) | (4.8) | (4.8) | | | | (35) |
| Total Payroll and Benefits | | - | (124) | (47) | (34) | (150) | (35) | (22) | (10) | (5) | (426) |
| **Fees, Insurance, Interest & Taxes** | | | | | | | | | | | |
| Insurance | | | (3.5) | (33.0) | | | | | | | (37) |
| DIP loan interest | 9% | | | | | (5.5) | | | | (7.7) | (13) |
| Total Fees, Insurance, Interest & Taxes | | - | (4) | (33) | - | (6) | - | - | - | (8) | (50) |
| **Operations Infrastructure** | | | | | | | | | | | |
| Bandwidth Providers | | | | (58.1) | (20.0) | (15.0) | (10.0) | | | | (103) |
| Node / Data Center | | | | (135.0) | (45.0) | (35.0) | (75.0) | | | | (290) |
| Monitoring & Security | | | | (15.0) | (5.0) | (5.0) | (5.0) | | | | (30) |
| Equipment Payments | | | | (58.0) | (21.4) | (21.4) | (21.4) | | | | (122) |
| Other Infrastructure | | | (0.2) | (30.0) | (10.0) | (10.0) | (10.0) | | | | (60) |
| Total Operations Infrastructure | | - | (0) | (296) | (101) | (86) | (121) | - | - | - | (605) |
| **Professional Services** | | | | | | | | | | | |
| Professional / Legal / UST | | | | (10) | (545) | | | | (682) | (99) | (1,336) |
| Total Professional Services | | - | - | (10) | (545) | - | - | - | (682) | (99) | (1,336) |
| **Wind-down Expenses** | | | | | | | | | | | |
| Rent & Utilities | | | (19.2) | | | (25.7) | | | | | (45) |
| Other Wind-down Expenses / Contingency | | | | (30.0) | (2.0) | (2.0) | (2.0) | (10.0) | (10.0) | (2.0) | (58) |
| Total Wind-down Expenses | | - | (19) | (30) | (2) | (28) | (2) | (10) | (10) | (2) | (103) |
| Total Cash Out | | - | (147) | (416) | (682) | (269) | (158) | (32) | (702) | (114) | (2,520) |
| Change in Cash | | 15 | 39 | (416) | (587) | (189) | (78) | 48 | 1,733 | (84) | 481 |
| Ending Cash Balance | | 73 | 262 | 96 | (391) | 20 | (59) | 89 | 1,822 | 19 | 19 |
| **DIP Loan Advance** | | 150 | 250 | 100 | 600 | | 100 | | 675 | | 1,875 |
| Cumulative DIP Loan Advanced | | 150 | 400 | 500 | 1,100 | 1,100 | 1,200 | 1,200 | 1,875 | 1,875 | 1,875 |
| DIP Loan Repayment | | | | | | | | | (2,395) | | |
| Ending Cash after DIP Loan | | 223 | 512 | 196 | 209 | 20 | 41 | 89 | 102 | 19 | 19 |

Note: Budget uses cash basis of accounting, although certain cash disbursements may be paid in later weeks that scheduled above.

Nirvanix Inc.
Professional Fee Budget
$ in 000's USD

Nirvanix Prof Fee Schedule

| FEES BUDGETED | | POST PETITION | | | | | | | POST PETITION TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | October 2013 | | | | November 2013 | | | |
| Sat Week Ended | 10/5/13 | 10/12/13 | 10/19/13 | 10/26/13 | 11/2/13 | 11/9/13 | 11/16/13 | 11/23/13 | 11/30/13 | |
| **Debtor** | | | | | | | | | | |
| Cole Schotz (Bankruptcy Counsel) | 100.0 | 100.0 | 60.0 | 60.0 | 40.0 | 40.0 | 30.0 | 30.0 | 30.0 | 490 |
| Cooley LLP (Special Corporate Counsel) | 80.0 | 60.0 | 30.0 | 20.0 | 20.0 | 40.0 | 80.0 | 130.0 | 20.0 | 480 |
| Arch + Beam (Financial Advisor) | 30.0 | 30.0 | 25.0 | 25.0 | 25.0 | 25.0 | 30.0 | 30.0 | 30.0 | 250 |
| Epiq (Claims Agent) | 10.0 | | | | 7.0 | | | | 9.0 | 26 |
| **Total Debtor** | **220** | **190** | **115** | **105** | **92** | **105** | **140** | **190** | **89** | **1,246** |
| **UCC** | | | | | | | | | | |
| [Counsel] | - | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 80 |
| **Total UCC** | **-** | **10** | **10** | **10** | **10** | **10** | **10** | **10** | **10** | **80** |
| **U.S. Trustee** | 10.0 | - | - | - | - | - | - | - | - | 10 |
| **TOTAL FEES BUDGETED** | **230** | **200** | **125** | **115** | **102** | **115** | **150** | **200** | **99** | **1,336** |
| Total Fees Less UST, Other, Exp. | 220 | 200 | 125 | 115 | 102 | 115 | 150 | 200 | 99 | 1,326 |
| **FEES PAID** | | | | | | | | | | |
| Professional Fees Paid to Trust Account | | | | 545 | | | | 682 | 99 | 1,326 |
| U.S. Trustee, Expenses | 10 | - | - | - | - | - | - | - | - | 10 |