IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NIRVANIX, INC., | : Case No. 13-12595 (BLS) |
| | : |
| Debtor.[1] | : Related to Docket No. 117 |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 5, 2013 AT 12:00 P.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON

PURSUANT TO THE COURT'S DIRECTIVE, THIS HEARING HAS BEEN CANCELLED

UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

1. Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (I) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Filed October 1, 2013) (Docket No. 9)

   Objection Deadline:   October 29, 2013 at 4:00 p.m.

   Responses Received:  None

   Related Documents:

   a. Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Entered October 4, 2013) (Docket No. 41)

   b. Notice of Final Hearing and Entry of Interim Order regarding Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

[2] **Amended items appear in bold.**

Procedures for Determining Adequate Assurance of Payment (Filed October 7, 2013) (Docket No. 47)

    c.    Certification of No Objection (Filed October 31, 2013) (Docket No. 106)

Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

2. Motion of the Debtor for an Order Granting the Debtor Additional Time to File Schedules and Statements of Financial Affairs (Filed October 15, 2013) (Docket No. 66)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received: None

Related Documents:

    a.    Certification of No Objection (Filed October 31, 2013) (Docket No. 107)

Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

3. Motion of the Debtor for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Filed October 15, 2013) (Docket No. 67)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received: None

Related Documents:

    a.    Certification of No Objection (Filed October 31, 2013) (Docket No. 108)

Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

4. Motion of the Debtor for an Order Authorizing the Employment and Compensation of Certain Professionals Utilized in the Ordinary Course of the Debtor's Operations, *Nunc Pro Tunc* to the Petition Date (Filed October 15, 2013) (Docket No. 68)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received: None

Related Documents:

    a.    Certification of No Objection (Filed October 31, 2013) (Docket No. 109)

    Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

5.    Application of the Debtor for an Order Authorizing the Employment and Retention of Epiq Bankruptcy Solutions, LLC as Administrative Advisor for the Debtor and Debtor in Possession, *Nunc Pro Tunc* to the Petition Date (Filed October 15, 2013) (Docket No. 69)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received:  None

Related Documents:

    a.    Certification of No Objection (Filed October 31, 2013) (Docket No. 110)

    Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

6.    Debtor's Application for an Order Authorizing the Retention and Employment of Arch & Beam Global, LLC to Serve as the Debtor's Financial Advisor Pursuant to Sections 327(a) of the Bankruptcy Code, *Nunc Pro Tunc* to October 1, 2013 (Filed October 15, 2013) (Docket No. 70)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received:  None

Related Documents:

    a.    Certification of Counsel Regarding Debtor's Application for an Order Authorizing the Retention and Employment of Arch & Beam Global, LLC to Serve as the Debtor's Financial Advisor Pursuant to Sections 327(a) of the Bankruptcy Code, *Nunc Pro Tunc* to October 1, 2013 (Filed October 31, 2013) (Docket No. 111)

    Status:    A Certification of Counsel together with a revised proposed order was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

7.    Application for Order Authorizing Employment of Cooley LLP, as Special Corporate Counsel Pursuant to Sections 327(e) and 330 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, Effective *Nunc Pro Tunc* to October 1, 2013 (Filed October 15, 2013) (Docket No. 71)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received:  None

Related Documents:

a.    Certification of No Objection (Filed October 31, 2013) (Docket No. 112)

Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

8.  Application of the Debtor for an Order Authorizing the Retention and Employment of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Bankruptcy Counsel for the Debtor, *Nunc Pro Tunc* to the Petition Date (Filed October 15, 2013) (Docket No. 72)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received:  None

Related Documents:

a.    Certification of No Objection (Filed October 31, 2013) (Docket No. 113)

Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

9.  Debtor's Motion for Entry of an Order Approving Key Employee Retention Plan Pursuant to Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code (Filed October 15, 2013) (Docket No. 73)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received:  None

Related Documents:

a.    Certification of No Objection (Filed October 31, 2013) (Docket No. 114)

Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

10. Motion of the Debtor Pursuant to 11 U.S.C. § 363 and Fed. R. Bank. P. 9019 for Approval of Settlement Agreement Between the Debtor and Swisscom (Schweiz) Ltd. (Filed October 15, 2013) (Docket No. 74)

Objection Deadline:    October 29, 2013 at 4:00 p.m.

Responses Received:  None

4

5

Related Documents:

a.  Certification of No Objection (Filed October 31, 2013) (Docket No. 115)

Status:  A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

11. Debtor's Motion for Approval of Management Incentive Plan and Authorization of Payments Thereunder (Filed October 17, 2013) (Docket No. 81)

Objection Deadline:  October 29, 2013 at 4:00 p.m.

Responses Received:  None

Related Documents:

a.  Certification of No Objection (Filed October 31, 2013) (Docket No. 116)

Status:  A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

Dated: November 1, 2013
Wilmington, Delaware

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2291)
Marion M. Quirk (No. 4382)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Proposed Counsel for the Debtor