IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NIRVANIX, INC.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 13-12595 (BLS)<br><br>**Proposed Hearing Date and Objection Deadline: to be set by Court**<br><br>Re: Dkt. No. 144 |

**MOTION FOR ORDER SHORTENING
TIME AND LIMITING NOTICE FOR HEARING ON MOTION TO
CONTINUE THE SALE OF DEBTOR'S ASSETS AND DATE OF AUCTION**

    1.    The newly formed Official Committee for Unsecured Creditors ("Committee") for Nirvanix, Inc. ("Debtor"), through their undersigned proposed counsel, hereby files this motion to expedite consideration of, shorten the deadline to respond to, and limit notice of ("Motion to Shorten") the Motion of the Committee to Continue the Sale of Debtor's Assets and Date of Auction ("Motion to Continue"). Within a matter of days of the formation of the Committee, the sale of Debtor's assets is already set to take place. This sale, to the best of the Committee's limited knowledge at this point, is to or for the benefit of an insider of Debtor and is not based on any formal valuation of the Debtor's primary assets, its intellectual property. The Committee, as a newly formed entity, is merely seeking sufficient time to evaluate the Debtor's assets, proposed sale of said assets and determine whether and/or which objections to the sale are in the unsecured creditors' best interests.

    2.    In support of this Motion to Shorten, the Committee respectfully submits as follows:

## JURISDICTION AND VENUE

3. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The predicates for the relief requested herein are sections 105(a) of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.* as amended, the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(c)(i) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

5. On November 4, 2013, the Committee was appointed in this Bankruptcy Case.

6. On October 23, 2013, prior to the formation of the Committee, the Court approved the Debtor's Sale Procedures [Docket No. 93] and set the date for the auction of Debtor's assets. The date of the auction for the sale of Debtor's assets ("Auction") is set for November 15, 2013 which is just 11 days after the formation of the Committee and before the approval of Committee counsel. Further, before the formation of the Committee, the Court approved a request by Debtor to extend the date of submitting their Schedules to the date of the Auction, November 15, 2013. [Docket No. 132] The Court has also set November 19, 2013 as the date for the hearing to approve the sale(s) ("Sale Hearing").

## RELIEF REQUESTED

7. By this Motion to Shorten, the Committee seeks entry of an order expediting consideration of, and shortening the notice periods applicable to, the Motion to Continue, and limiting notice of the Motion to the U.S. Trustee, counsel to the Debtors' secured lenders, and all

parties who have requested service of notices in these cases pursuant to Federal Rule of Bankruptcy Procedure 2002.

## BASIS FOR RELIEF

8. Pursuant to Bankruptcy Rule 2002(a)(4), parties are required to provide at least twenty-one (21) days' notice of a hearing on a Motion to Continue. By this Motion to Shorten, the Committee respectfully requests that the Court consider the Motion to Continue prior to the Auction date of November 15, 2013. The Committee also requests that the Court require that all objections to the Motion to Continue be filed with the Clerk of the Court and served so as to be received by the undersigned counsel to the Committee on or before November 14, 2013 at 12:00 p.m. (the "Objection Deadline"). This Objection Deadline will allow parties-in-interest sufficient time to review and consider the Motion to Continue.[1]

9. Good cause exists to expedite consideration of the Motion to Continue. The Committee was approved by this Court within days of the scheduled auction of Debtor's sale of its assets. Said approval came within the usual notice period necessary for the Committee to file and serve a Motion to Continue the Sale in order for the Committee to have sufficient time to confirm the effect of the looming auction on the unsecured creditors. By virtue of the timing of the establishment of the Committee, however, without shortened notice, there is no possibility that the Committee will be heard with respect to requesting a continuance of the Debtor's auction and the Sale Hearing.

10. The Committee should be entitled to sufficient time to evaluate and obtain the necessary backup documentation for the sale of Debtor's assets so that the Committee can

---

[1] The Objection Deadline for the Committee has been extended until November 14, 2013 by agreement with Debtor.

determine whether Debtor's asset sale (only 6 weeks after the Petition Date) is properly valued, was properly marketed and any other pertinent issue that may arise.

11. Pursuant to Local Rule 9006-1(e), the Court may rule on this Motion to Shorten without the need for a hearing, and the Committee requests that the Motion to Shorten be granted without further hearing.

## **CONCLUSION**

12. WHEREFORE, the Committee respectfully requests that this Court enter an order (i) shortening and limiting notice of the Motion to Continue the Sale of Debtor's Assets as set forth herein, and (ii) granting such other and further relief in favor of the Committee as the Court deems just and proper.

[*Signatures on Following Page*]

Dated: November 13, 2013
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
Scott J. Leonhardt (DE 4885)
Julia B. Klein (DE 5189)
824 Market Street, Suite 810
Wilmington, DE 19801
Tel.: (302) 777-1111
rosner@teamrosner.com
klein@teamrosner.com

*Proposed Counsel for the Committee of Unsecured Creditors*

      - and -

Dated:  November 13, 2013
      Westlake Village, California

**BRINKMAN PORTILLO RONK PC**

*/s/  Daren R. Brinkman*
Daren Brinkman (Cal. State Bar No. 158698)
Laura J. Portillo (Cal. State Bar No. 186813)
Kevin C. Ronk (Cal. State Bar No. 241598)
David H. Oken (Cal. State Bar No. 175219)
4333 Park Terrace Drive, Suite 205
Westlake Village, California 91361

*Proposed Counsel for the Committee of Unsecured Creditors - Admitted Pro Hac Vice*