IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NIRVANIX, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-12595 (BLS)<br><br>Related to Docket Nos. 93 and 98 |

## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that on October 23, 2013, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving the Motion of the Debtor and Debtor in Possession Pursuant to Section 105(a), 363 and 365 of the Bankruptcy Code for an Order (i)(a) Approving Procedures in Connection With the Sale(s) of Substantially all of the Debtor's Assets; (b) Approving the Lot 1 Stalking Horse Protections; (c) Scheduling Related Auction(s) and Hearing to Consider Approval of the Sale(s); (d) Approving Procedures Related to the Assumption and Assignment of Certain of the Debtor's Executory Contracts and Unexpired Leases; (e) Approving the Form and Manner of Notice Thereof; (f) Authorizing the United States Trustee to Appoint a Consumer Privacy Ombudsmen, and (g) Granting Related Relief; and (ii)(a) Authorizing the Sale(s) of Substantially All the Debtor's Assets Pursuant to the Successful Bidder's Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests (b) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (c) Granting Related Relief and the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the Sale(s) of the Acquired Assets.[2] Pursuant to the terms of the Bidding Procedures, the auction(s) (the "Auction(s)") to sell the Acquired Assets was scheduled for November 15, 2013, starting at 10:00 a.m. (prevailing Pacific Time).

**PLEASE TAKE FURTHER NOTICE** that no Qualified Bids were submitted by the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that the Auction originally scheduled to be held on November 15, 2013 at 10:00 a.m. (prevailing Pacific Time) **is cancelled.**

---

[1]   The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's address is 9191 Towne Centre Drive, Suite 510, San Diego, California 92122.

[2]   All capitalized terms used but not otherwise defined herein shall have the same meaning ascribed to them in the Sale Order.

Date: November 14, 2013

By:

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

_____
Norman L. Pernick (No. 2290)
Marion M. Quirk (No. 4136)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Counsel for the Debtor
and Debtor-in-Possession