IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NIRVANIX, INC., | : | Case No. 13-12595 (BLS) |
| | : | |
| Debtor.[1] | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 19, 2013 AT 12:00 P.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON

CERTIFICATION OF NO OBJECTION/CERTIFICATION OF COUNSEL

1. Debtor's Motion for Order Authorizing the Rejection of its Mountain View, CA Sublease, Nunc Pro Tunc to October 31, 2013 (Filed October 31, 2013) (Docket No. 118)

   Objection Deadline:  November 12, 2013 at 4:00 p.m.

   Responses Received:

   (a) Informal comment by Google Inc.

   Related Documents:

   (a) Certification of Counsel Regarding Docket Debtor's Motion for Order Authorizing the Rejection of its Mountain View, CA Sublease, Nunc Pro Tunc to October 31, 2013 (Filed November 14, 2013) (Docket No. 162)

   Status:  A Certification of Counsel, together with a revised order, was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

2. Motion of the Debtor for an Order Rejecting Certain Agreements, Nunc Pro Tunc to October 31, 2013, and Authorizing the Debtor to Abandon Certain Personal Property (Filed October 31, 2013) (Docket No. 119)

   Objection Deadline:  November 12, 2013 at 4:00 p.m.

   Responses Received:  None.

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

Related Documents:

    (a)    Certification of No Objection Regarding Docket No. 119 (Filed November 14, 2013) (Docket No. 163)

Status:    A Certification of No Objection was filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court instructs otherwise.

## **MATTERS GOING FORWARD**

3.    Motion of the Debtor and Debtor in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection With the Sale(s) of Substantially all of the Debtor's Assets; (B) Approving the Lot 1 Stalking Horse Bidder Protections; (C) Scheduling the Auction(s) and Hearing to Consider Approval of the Sale(s); (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of Notice Thereof; (F) Authorizing the United States Trustee to Appoint a Consumer Privacy Ombudsman, and (G) Granting Related Relief; and (II)(A) Authorizing the Sale(s) of Substantially All of the Debtor's Assets Pursuant to a Successful Bidder's Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief (Filed October 7, 2013) (Docket No. 49)

Objection Deadline: November 12, 2013 at 4:00 p.m. On consent of the parties, the Objection Deadline was extended to 12:00 p.m. on November 15, 2013 for the Official Committee of Unsecured Creditors.

Responses Received:

    (a)    United States Trustee's Objection to Motion of the Debtor Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for an Order Approving Procedures in Connection With the Sale of Substantially All of the Debtor's Assets (Filed October 17, 2013) (Docket No. 80)

    (b)    Limited Objection of NFS Leasing, Inc. to Debtor's Sale Motion (Filed October 18, 2013) (Docket No. 82)

    (c)    Limited Objection of TriplePoint Capital LLC to Debtor and Debtor in Possession's Bid Procedures and Sale Motion (Filed October 18, 2013) (Docket No. 83)

    (d)    [Official Committee of Unsecured Creditors'] Motion to Continue Sale of Assets and Date of Auction (Filed November 13, 2013) (Docket No. 144)

    (e)    The Official Committee for Unsecured Creditors' Objections and Responses to the Sale of Debtor's Acquired Assets (Filed November 15, 2013) (Docket No. 166)

Related Documents:

(a) Notice of Filing of Exhibits to Motion of the Debtor and Debtor in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection With the Sale(s) of Substantially all of the Debtor's Assets; (B) Approving the Lot 1 Stalking Horse Bidder Protections; (C) Scheduling the Auction(s) and Hearing to Consider Approval of the Sale(s); (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of Notice Thereof; (F) Authorizing The United States Trustee to Appoint a Consumer Privacy Ombudsman, and (G) Granting Related Relief; and (II)(A) Authorizing the Sale(s) of Substantially all of the Debtor's Assets Pursuant to a Successful Bidder's Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief (Filed October 10, 2013) (Docket No. 62)

(b) Notice of Filing of Form Asset Purchase Agreement (Filed October 22, 2013) (Docket No. 86)

(c) Order (A) Approving Procedures in Connection With the Sale(s) of Substantially All of the Debtor's Assets; (B) Scheduling Related Auction(s) and Hearing to Consider Approval of Sale; (C) Approving Procedures Related to the Assumption and Assignment of Certain of Debtor's Executory Contracts and Unexpired Leases; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief (Entered October 23, 2013) (Docket No. 93)

(d) Notice of Sale Procedures, Auction(s) Date and Sale(s) Hearing (Filed October 24, 2013) (Docket No. 98)

(e) Notice of Cancellation of Auction (Filed November 14, 2013) (Docket No. 161)

(f) Notice of Filing of Proposed Sale Order [To Be Filed]

(g) Declaration of Matthew English in Support of the Sale [To Be Filed]

(h) Declaration of Debra Chrapaty in Support of the Sale [To Be Filed]

Status:   This matter is going forward.

52238/0001-10041483v2

4. Motion of the Debtor for an Order Rejecting Certain Co-Location Agreements, Bandwidth Agreements, and Leases, Nunc Pro Tunc to November 8, 2013, and Authorizing the Debtor to Abandon Certain Personal Property (Filed November 8, 2013) (Docket No. 140)

Objection Deadline: November 18, 2013 at 12:00 p.m.

Responses Received: None at this time.

Related Documents:

(a) Order Granting Motion to Shorten Notice and Objection Period to Motion of the Debtor for an Order Rejecting Certain Co-Location Agreements, Bandwidth Agreements, and Leases, Nunc Pro Tunc to November 8, 2013, and Authorizing the Debtor to Abandon Certain Personal Property (Entered November 12, 2013) (Docket No. 142)

(b) Notice of Hearing on Motion of the Debtor for an Order Rejecting Certain Co-Location Agreements, Bandwidth Agreements, and Leases, Nunc Pro Tunc to November 8, 2013, and Authorizing the Debtor to Abandon Certain Personal Property (Filed November 8, 2013) (Docket No. 143)

Status: This matter will be going forward.

Dated: November 15, 2013

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: /s/ Patrick J. Reilley

Norman L. Pernick (No. 2291)
Marion M. Quirk (No. 4136)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Counsel for the Debtor

52238/0001-10041483v2