IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NIRVANIX, INC., | Case No. 13-12595 (BLS) |
| Debtor.[1] | Hearing Date: November 19, 2013 at 12:00 p.m. (ET) <br> Related to: Docket No. 49 |

**NOTICE OF FILING OF PROPOSED ORDER (A) AUTHORIZING THE SALE
OF CERTAIN OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS PROVIDED
IN THE SUCCESSFUL BIDDER'S PURCHASE AGREEMENT; (B) AUTHORIZING
AND APPROVING PURCHASE AGREEMENT RELATED THERETO;
(C) APPROVING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
OF THE DEBTOR'S EXECUTORY CONTRACTS RELATED THERETO;
AND (D) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on October 10, 2013, the above-captioned debtor and debtor in possession (the "Debtor") filed the Motion of the Debtor and Debtor in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for an Order (I)(A) Approving Procedures in Connection With the Sale(s) of Substantially All of the Debtor's Assets; (B) Approving the Lot 1 Stalking Horse Bidder Protections; (C) Scheduling the Auction(s) and Hearing to Consider Approval of the Sale(s); (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (E) Approving the Form and Manner of Notice Thereof; (F) Authorizing the United States Trustee to Appoint a Consumer Privacy Ombudsman, and (G) Granting Related Relief; and (II)(A) Authorizing the Sale(s) of Substantially All of the Debtor's Assets Pursuant to a Successful Bidder's Purchase Agreement Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (C) Granting Related Relief [Docket No. 49] (the "Sale Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a copy of the proposed Order (A) Authorizing the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, Except as Provided in the Successful Bidder's Purchase Agreement; (B) Authorizing and Approving Purchase Agreement Related Thereto;

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

[2] Unless otherwise noted herein, all capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

2

(C) Approving the Assumption and Assignment of Certain of the Debtor's Executory Contracts Related Thereto; and (D) Granting Related Relief, which is Exhibit F to the Motion.

| | |
|---|---|
| Dated: November 15, 2013<br>      Wilmington, Delaware | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A. |
| By: | _/s/ illegible signature_<br>Norman L. Pernick (No. 2291)<br>Marion M. Quirk (No. 4382)<br>Patrick J. Reilley (No. 4451)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 652-3131<br>Fax: (302) 652-3117 |

Counsel for the Debtor