## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| NIRVANIX, INC., | : | Case No. 13-12595 (BLS) |
|  | : |  |
| Debtor.[1] | : |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON DECEMBER 12, 2013 AT 9:30 A.M. (ET)
### BEFORE THE HONORABLE BRENDAN L. SHANNON

## THIS HEARING HAS BEEN CANCELLED

### CONTESTED MATTER GOING FORWARD

1.  Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed November 22, 2013) (Docket No. 189)

    Objection Deadline:    December 6, 2013 at 4:00 p.m.

    Responses Received:

    a.    United States Trustee's Objection to Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Entered December 6, 2013) (Docket No. 217)

    Related Documents:

    a.    Order Shortening Notice Period With Respect to Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Entered November 25, 2013) (Docket No. 192)

    b.    Notice of Hearing on Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed November 25, 2013) (Docket No. 193)

    Status:    The hearing on this matter has been adjourned to January 8, 2013 at 11:00 a.m.

---

[1]  The last four digits of the Debtor's federal tax identification number are 6586.  The Debtor's headquarters and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

Dated: December 10, 2013
     Wilmington, Delaware

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2291)
Marion M. Quirk (No. 4382)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Counsel for the Debtor

2