IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NIRVANIX, INC., | : | Case No. 13-12595 (BLS) |
| | : | |
| Debtor.[1] | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 9, 2014 AT 9:30 A.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON

**UNCONTESTED MATTER GOING FORWARD**

1. Debtor's Motion for Order Converting Chapter 11 Case to Chapter 7 of the Bankruptcy Code (Filed December 19, 2013) (Docket No. 231)

    Objection Deadline:   January 2, 2014 at 4:00 p.m.

    Responses Received:

    (a) Informal comments by the United States Trustee and Khosla Ventures

    Status:   The hearing on this matter is going forward. The Debtor intends to submit a revised form of Order.

**CONTESTED MATTER GOING FORWARD**

2. Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed November 22, 2013) (Docket No. 189)

    Objection Deadline:   December 6, 2013 at 4:00 p.m.

    Responses Received:

    a. United States Trustee's Objection to Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed December 6, 2013) (Docket No. 217)

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

    b.    Reply to United States Trustee's Objection to Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed January 6, 204) (Docket No. 244)

Status:    The hearing on this matter is going forward.

Dated: January 7, 2014

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2291)
Marion M. Quirk (No. 4136)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Counsel for the Debtor

2