# SIGN-IN SHEET

**CASE NAME: NIRVANIX, INC**
**CASE NO.: 13-12595**

**COURTROOM NO.: 1 – JUDGE SHANNON**
**DATE: JANUARY 9, 2014**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Reilly | Cole Schotz | Debtor |
| Peter Keane | Pachulski Stang Ziehl & Jones | Khosla Ventures |
| Jungi Klein | Posner Law Group LLC | Committee |
| Dave Leamy | US Trustees Office | US Trustee |

# U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

#1

1st Revision 01/09/2014 05:20 AM

**Court Conference**

Calendar Date: 01/09/2014
Calendar Time: 09:30 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Nirvanix, Inc. | 13-12595 | Hearing | 6028894 | Daren Brinkman | 818-597-2992 | Brinkman Portillo Ronk, PC | Creditor, Creditors Committee / LIVE |
| | | Nirvanix, Inc. | 13-12595 | Hearing | 6028215 | Matthew English | (415) 693-2000 | Cooley LLP ( All Offices) | Financial Advisor, Nirvanix / LIVE |
| | | Nirvanix, Inc. | 13-12595 | Hearing | 6025044 | Maxim B. Litvak | 415-217-5110 | Pachulski Stang Ziehl & Jones (All Offi | Creditor, Khosla Ventures IV, LP & Khosla Ventures IV (CF), LP / LIVE |
| | | Nirvanix, Inc. | 13-12595 | Hearing | 6018125 | Keith A. McDaniels | (415) 693-2080 | Cooley LLP ( All Offices) | Debtor, Nirvanix / LIVE |
| | | Nirvanix, Inc. | 13-12595 | Hearing | 6035358 | Laura J. Portillo | (818) 597-2992 | Brinkman Portillo Ronk, PC | Creditor, Creditors Committee / LIVE |

Peggy Drasal ext. 802

CourtConfCal2012

Page 1 of 2