**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*:<br><br>NIRVANIX, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 13-12595 (BLS)<br><br>**Hearing Date: Only if an Objection is Filed**<br>**Obj. Deadline: 2/10/14 at 4:00 p.m.** |

**SECOND MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC,
AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

Name of Applicant:  The Rosner Law Group LLC

Authorized to Provide Professional
Services to:  The Committee of Unsecured Creditors

Date of Retention:  *Nunc Pro Tunc* to November 5, 2013

Periods for which Compensation
and Reimbursement is sought:  December 1, 2013 through
December 31, 2013

Amount of Compensation sought as
Actual, reasonable and necessary:  $5,712.50

80% of Amount of Compensation sought as
Actual, reasonable and necessary:  $4,570.00

Amount of Expense Reimbursement
Sought as actual, reasonable and
Necessary:  $575.74[2]

This is a(n):  __X__ monthly  _____ interim  _____ final application

Prior Applications Filed:  None

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters is and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

[2] This amount includes all RLG expenses from December 2013 as well as RLG duplication costs for the period of November 5, 2013 to November 30, 2013. Due to an error in RLG accounting software, the November 2013 duplication costs were not included in RLG First Monthly Fee Application. [D.I. 254; filed 1/9/14].

{00013099. }

## PRIOR FEE APPLICATIONS FILED

Monthly Application:

|  |  | Requested | | Approved | |  |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses | Amount of Holdback |
| 1/9/14 [D.I. 254] | 11/5/13-11/30/13 | $17,725.00 | $612.64 | $14,180.00 | $612.64 | $3,545.00 |

## COMPENSATION BY TIMEKEEPER

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr. 1) | Partner; practicing 25 years, member of Delaware (2000) and New York (1987) bars | $325 | 3.3 | $1,072.50 |
| Scott J. Leonhardt (Tmkr 4) | Associate; practicing for 7 years; member of the Delaware bar (2006) | $275 | 0.2 | $55.00 |
| Julia Klein (Tmkr 3) | Associate; practicing for 5 years; member of the Delaware and Pennsylvania bars (2008) | $250 | 12.00 | $3,000.00 |
| Andrew J. Moore (Tmkr 5) | Associate; practicing for less than a year; member of the New York bar (2013) | $200 | 7.1 | $1,420.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | 1.1 | $165.00 |

**Total:** $5,712.50
**Total Hours:** 23.70
**Blended Rate:** $241.03

## COMPENSATION BY PROJECT CATEGORY

| Description | Task Code | Total Hours | Total Fees |
|---|---|---|---|
| Case Administration | BB100 | 0.5 | $125.00 |
| Executory Contracts/Unexpired Leases | BB103 | 0.1 | $25.00 |
| Plan of Reorganization/Disclosure Statement | BB105 | 1.7 | $542.50 |
| Cash Collateral/DIP Financing | BB107 | 8.8 | $2,275.00 |
| Claims Administration | BB108 | 0.8 | $215.00 |
| Court Hearings | BB109 | 0.6 | $165.00 |
| Schedules/SOFA/US Trustee Report | BB111 | 0.6 | $150.00 |
| RLG Retention | BB116 | 0.5 | $100.00 |
| Retention of Others | BB117 | 1.0 | $210.00 |
| RLG Fee Applications | BB118 | 7.2 | $1,430.00 |
| Fee Applications of Others | BB119 | 1.9 | $475.00 |
| **TOTAL:** | | **23.70** | **$5,712.50** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Postage | | $10.64 |
| Duplicating | | $565.10[3] |
| **TOTAL:** | | **$575.74** |

---

[3] This amount includes all RLG expenses from December 2013 as well as RLG duplication costs for the period of November 5, 2013 to November 30, 2013. Due to an error in RLG accounting software, the November 2013 duplication costs were not included in RLG First Monthly Fee Application. [D.I. 254; filed 1/9/14].

{00013099. } 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: <br><br> NIRVANIX, INC., <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 13-12595 (BLS) <br><br> Hearing Date: Only if an Objection is Filed <br> Obj. Deadline: 2/10/14 at 4:00 p.m. |

**SECOND MONTHLY FEE APPLICATION OF THE ROSNER LAW GROUP LLC,
AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR THE PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

The Rosner Law Group LLC ("RLG" or "Applicant"), as co-counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case, hereby submits its application (the "Application") to the Court, for the period December 1, 2013 through December 31, 2013, pursuant to 11 U.S.C. § 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [D.I. 131] (the "Administrative Order").

By this Application, Applicant seeks a monthly interim allowance of compensation for legal services rendered in the amount of $4,570.00 (80% of $5,712.50) and reimbursement of actual and necessary expenses in the amount of $575.74 (100% of the allowed expenses), for a total monthly allowance of $5,145.74 for the period December 1, 2013 through December 31,

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters is and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

{00013099. }

2013 (the "Monthly Fee Period"). In support of this Application, the Applicant respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for relief is § 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

### Background

2. The Debtor commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") on October 1, 2013 (the "Petition Date"). The Debtor remains in possession of its assets and continue to manage its affairs as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108. No trustee or examiner has been appointed.

3. The Official Committee of Unsecured Creditors was appointed by the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") by notice dated November 4, 2013 [D.I. 134]. At the conclusion of the Committee formation meeting held November 5, 2013, the Committee selected Brinkman Portillo Ronk, PC ("BPR") and RLG as its co-counsel in these Chapter 11 Cases.

4. On November 14, 2013, RLG filed its *Application of the Official Committee of Unsecured Creditors to Authorize the Employment and Retention of The Rosner Law Group LLC as Delaware Counsel to Creditor's Committee Nunc Pro Tunc to November 5, 2013* [D.I. 154] (the "RLG Retention Application"). On December 6, 2013, RLG filed a Certificate of No Objection [D.I.. 216; filed 12/6/13] with respect to the RLG Retention Application, certifying

that no objection or other response was received by the objection deadline.  On January 9, 2014, the Court entered an *Order Authorizing the Employment and Retention of the Rosner Law Group LLC as Delaware Counsel to the Committee Nunc Pro Tunc to November 5, 2013* [D.I. 251].

5. By Order dated November 1, 2013 [D.I. 131] (the "Administrative Order"), the Court authorized certain professionals (each a "Professional" and, collectively, the "Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein.  The Administrative Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within twenty (20) days after service of the monthly fee application, the Debtor is authorized to pay the Professionals eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

**RLG'S Application for Compensation
and for Reimbursement of Expenses**

A. **Compensation Paid and its Source**

6. All services for which RLG requests compensation were performed for or on behalf of the Committee.

7. RLG has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RLG and any other person for the sharing of compensation to be received for services rendered in these cases.

8. RLG has not received a retainer in connection with the legal services to be rendered on behalf of the Committee.

B. **Fee Statements**

9. The fee statement for the Monthly Fee Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional during the Monthly Fee Period. To the best of RLG's knowledge, this Application complies with section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Administrative Order. RLG charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

C. **Actual and Necessary Expenses**

10. A summary of actual and necessary expenses incurred by RLG for the Monthly Fee Period associated with this Application is attached hereto as **Exhibit B**.[2] RLG charges $0.10 per page for photocopying expenses. RLG records the number of copies made when a person makes copies for its clients.

11. RLG charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects the actual costs incurred by RLG for faxing.

12. With respect to providers of on-line legal research services (e.g., LexisNexis), RLG charges the standard usage rates these providers charge for computerized legal research. RLG bills its clients the actual amount charged by such services, with no premium. Any volume discount received by RLG is passed on to the client.

13. RLG believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.

---

[2] This amount includes all RLG expenses for the Monthly Fee Period as well as RLG duplication costs for the period of November 5, 2013 to November 30, 2013. Due to an error in RLG accounting software, the November 2013 duplication costs were not included in RLG First Monthly Fee Application. [D.I. 254; filed 1/9/14].

**D.     Summary of Services Rendered**

14.     The names of the attorneys of RLG who have rendered professional services in these cases during the Monthly Fee Period associated with this Application, and the paraprofessional of RLG who provided services to these attorneys during this period, are set forth in the attached Exhibit A.

15.     RLG, by and through such persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Committee on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail below.

**E.     Summary of Services by Project**

16.     The services rendered by RLG during the Monthly Fee Period associated with this Application can be grouped into the categories set forth below. RLG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. Exhibit A identifies the attorneys and paraprofessional who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**(a) Case Administration (BB100)**

Fees: $125.00        Total Hours: 0.5

This category consists of reviewing Debtor's motion to convert the case to chapter 11 case to a case under chapter 7.

**(b) Executory Contracts/Unexpired Leases (BB 103)**

Fees: $25.00        Total Hours: 0.1

This category includes review of Debtor's certificate of no objection regarding its motion to reject certain leases.

**(c) Plan of Reorganization/Disclosure Statement (BB105)**

Fees: $524.50        Total Hours: 1.7

This category includes discussions and legal research and analysis of Delaware legal authority relating to a potential plan of liquidation or structured dismissal of the Debtor's bankruptcy estate.

**(d) Cash Collateral/DIP Financing (BB 107)**

Fees: $2,275.00        Total Hours: 8.8

This category includes review of the first amendment to the DIP financing proposed order, review of and discussion relating to the US Trustee's objection to the DIP financing term sheet and review of and discussion related to the proposed winddown and related budget.

**(e) Claims Administration (BB108)**

Fees: $215.00        Total Hours: 0.8

This category includes communication and document review relating to Comerica Bank's senior lien.

**(f)    Schedules/SOFA/US Trustee Reports (BB111)**

Fees:  $150.00          Total Hours:  0.6

This category includes review and analysis of Debtor's November Operating Report.

**(g)    RLG Retention (BB116)**

Fees:  $100.00          Total Hours:  0.5

This category includes drafting, filing and serving a certificate of no objection regarding RLG's retention application.

**(h)    Retention of Others (BB117)**

Fees:  $210.00          Total Hours:  1.0

This category includes drafting, filing and serving the certificate of no objection relating to Brinkman Portillo Ronk, PC's retention application.

**(i)    RLG Fee Applications (BB118)**

Fees:  $1,430.00          Total Hours:  7.2

This category includes drafting, filing and serving RLG first monthly fee application and related expense reports, notice and declaration and communication with co-counsel regarding the same.

**(k)    Fee Applications of Others (BB119)**

Fees:  $475.00          Total Hours:  1.9

This category includes review of the first monthly fee application filed by Cooley LLP, Arch & Beam and Cole Schotz's second monthly fee applications and certificates of no objection relating to both Arch & Beam and Cooley's first monthly fee applications.

17. Attorneys and paraprofessionals of RLG expended a total of 23.7 hours in connection with their representation of the Committee in connection with this Application, as follows:

**COMPENSATION BY TIMEKEEPER**

| Name and Initials of Professional Individual | Position, Years in Practice, Prior Relevant Experience, and Bar Admissions | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Frederick B. Rosner (Tmkr. 1) | Partner; practicing 25 years, member of Delaware (2000) and New York (1987) bars | $325 | 3.3 | $1,072.50 |
| Scott J. Leonhardt (Tmkr 4) | Associate; practicing for 7 years; member of the Delaware bar (2006) | $275 | 0.2 | $55.00 |
| Julia Klein (Tmkr 3) | Associate; practicing for 5 years; member of the Delaware and Pennsylvania bars (2008) | $250 | 12.00 | $3,000.00 |
| Andrew J. Moore (Tmkr 5) | Associate; practicing for less than a year; member of the New York bar (2013) | $200 | 7.1 | $1,420.00 |
| Fred Sassler (Tmkr 2) | Paralegal | $150 | 1.1 | $165.00 |

Total:           $5,712.50
Total Hours:   23.70
Blended Rate: $241.03

18. The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are RLG's reduced hourly rates for work of this character. The reasonable value of the services rendered by RLG for the Committee associated with this Application for the Monthly Fee Period is $5,712.50.

19. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by the Applicant is fair and reasonable

given: (a) the time expended, (b) the nature and extent of the services rendered, (c) the value of such services, and (d) the costs of comparable services other than in a case under this title. Moreover, the Applicant has reviewed the requirements of Local Rule 2016-2 and the Administrative Order and believes that this Application complies with the Local Rule.

**WHEREFORE**, RLG respectfully requests that the Court authorize for the period December 1, 2013 through December 31, 2013, a monthly allowance be made to RLG pursuant to the terms of the Administrative Order, in the amount of $4,570.00 (80% of $5,712.50) and reimbursement of actual and necessary expenses in the amount of $575.74 (100% of the allowed expenses), for a total monthly allowance of $5,145.74 for the period December 1, 2013 through December 31, 2013, and that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated: January 27, 2014
      Wilmington, Delaware       **THE ROSNER LAW GROUP LLC**

      */s/ Julia B. Klein*
      Julia B. Klein (No. 5198)
      824 Market Street, Suite 810
      Wilmington, Delaware 19801
      Telephone: (302) 777-1111
      klein@teamrosner.com

      *Delaware Counsel for the Official Committee of Unsecured Creditors*