IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NIRVANIX, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 13-12595 (BLS)<br><br>Hearing Date: Only if an Objection is Filed<br>Obj. Deadline: 2/10/14 at 4:00 p.m. |

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that The Rosner Law Group LLC ("RLG") filed the *Second Monthly Fee Application of The Rosner Law Group LLC, as Co-Counsel to the Official Committee of Unsecured Creditors, for the Period December 1, 2013 through December 31, 2013* (the "Application") seeking fees in the amount of $4,570.00 and reimbursement of actual and necessary expenses in the amount of $575.74.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application, must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **on or before February 10, 2014 at 4:00 p.m.**

At the same time, you must also serve a copy of the objection or response, if any, upon the following: (i) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Suite 2207, Wilmington, Delaware 19801, Attn: Jane Leamy, Esq.; (ii) counsel to the Debtor: Cole, Shotz, Meisel, Forman, & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Patrick J. Reilley; (iii) counsel to the DIP Lenders (a) Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, CA 94111, Attn: Debra I. Grassgreen and Maxim B. Litavak and 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn.: Peter J. Keane; (b) McDermott Will & Emery, 2049 Century Park East, 38th Floor Los Angeles, CA 90067-3218, Attn: Gary B. Rosenbaum and Elliott Greanleaf, 1105 Market Street, Suite 1700, Wilmington, DE 19801, Attn: Eric M. Sutty; and (iv) counsel to the Committee, (a) Brinkman Portillo Ronk, PC, 4333 Park Terrace Drive, Suite 205, Westlake Village, CA 91361, Attn: Daren Brinkman and (b) The Rosner Law Group LLC, 824 Market Street, Suite 810, Wilmington, Delaware 19801, Attn: Frederick B. Rosner, (collectively, 1-4 referred to as the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** that on November 1, 2013, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [D.I. 131] (the "Administrative Order"). Pursuant to the Administrative Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters is and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

{00013109. }

Debtor are authorized to pay certain professionals eighty percent (80%) of their fees, and one hundred percent (100%) of their expenses without further notice or hearing. All fees and expenses paid to the professionals are subject to final approval by the Court.

**IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THE NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 27, 2014
      Wilmington, Delaware      **THE ROSNER LAW GROUP LLC**

*/s / Julia B. Klein*
Frederick B. Rosner (No. 3995)
Julia B. Klein (No. 5198)
Scott J. Leonhardt (No. 4885)
824 Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
klein@teamrosner.com

*Delaware Counsel for the Official Committee of Unsecured Creditors*

{00013109. }