# Exhibit A

{00012561. }

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 1 Frederick B. Rosner**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/19/2013 | 1 | P | BB107 | A104 | 325.00 | 0.70 | 227.50 | Review revised budget re: winddown (.4); t/c co-counsel re: same (.3)<br>Nirvanix<br>Creditors' Committee | 284 |
| 1508.00 | 12/20/2013 | 1 | P | BB107 | A104 | 325.00 | 0.70 | 227.50 | Prepare for and participate in conf call with co-counsel, DG and PR re: options to concluding case<br>Nirvanix<br>Creditors' Committee | 285 |
| 1508.00 | 12/04/2013 | 1 | P | BB105 | A107 | 325.00 | 0.30 | 97.50 | T/c DB re: possibility of plan (.3)<br>Nirvanix<br>Creditors' Committee | 129 |
| 1508.00 | 12/09/2013 | 1 | P | BB109 | A107 | 325.00 | 0.20 | 65.00 | Exchange emails with J. Leamy re: adjourning hearing (.2)<br>Nirvanix<br>Creditors' Committee | 140 |
| 1508.00 | 12/12/2013 | 1 | P | BB105 | A107 | 325.00 | 1.20 | 390.00 | T/c co-counsel re: possibility of filing a plan (.3); t/c co-counsel DB and LP re: wind down concepts (.3); conf call DB, LP and D. Grassgreen re: plan alternatives (.3); t/c DB re: obtaining budget from PR at Cole Schotz (.3)<br>Nirvanix<br>Creditors' Committee | 147 |
| 1508.00 | 12/16/2013 | 1 | P | BB108 | A107 | 325.00 | 0.20 | 65.00 | Review and respond to email from co-counsel re: claims agent<br>Nirvanix<br>Creditors' Committee | 150 |

**Total for Timekeeper 1**     Billable     3.30     1,072.50     Frederick B. Rosner

**Timekeeper 2 Fred Sassler**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/09/2013 | 2 | P | BB107 | A101 | 150.00 | 0.30 | 45.00 | Prepare research binder on 9019 gifting motions for attorney.<br>Nirvanix<br>Creditors' Committee | 136 |
| 1508.00 | 12/18/2013 | 2 | P | BB118 | A101 | 150.00 | 0.80 | 120.00 | Prepare service list for attorney review.<br>Service on RLG First Monthly Fee Application.<br>Draft/E-file COS for RLG First Monthly Fee Application.<br>Nirvanix<br>Creditors' Committee | 283 |

**Total for Timekeeper 2**     Billable     1.10     165.00     Fred Sassler

**Timekeeper 3 Julia Klein**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/02/2013 | 3 | P | BB107 | A104 | 250.00 | 0.20 | 50.00 | Review/analyze first amendment to DIP financing (.2).<br>Nirvanix<br>Creditors' Committee | 117 |
| 1508.00 | 12/04/2013 | 3 | P | BB119 | A104 | 250.00 | 0.70 | 175.00 | Review first monthly application of Cooley LLP (.7).<br>Nirvanix<br>Creditors' Committee | 143 |
| 1508.00 | 12/04/2013 | 3 | P | BB107 | A104 | 250.00 | 0.20 | 50.00 | Review first amendment to final DIP order (.2).<br>Nirvanix<br>Creditors' Committee | 144 |
| 1508.00 | 12/09/2013 | 3 | P | BB107 | A104 | 250.00 | 3.20 | 800.00 | Review and analysis of UST objection to term sheet (.4); review and analyze legal authority and Delaware precedent on 9019 gifting motions outside of a ch. 11 plan (2.8)<br>Nirvanix<br>Creditors' Committee | 135 |
| 1508.00 | 12/09/2013 | 3 | P | BB107 | A104 | 250.00 | 1.90 | 475.00 | Send email reminder to counsel regarding deadline for fling reply to UST objection to term sheet (.1); multiple follow-up email exchanges with co-counsel and counsel for lenders regarding reply to UST objection (.2); telephone discussion with D Oken regarding substance and timing of filing of reply (.3); review documents sent by Peter Keane (1.3).<br>Nirvanix<br>Creditors' Committee | 137 |
| 1508.00 | 12/12/2013 | 3 | P | BB107 | A104 | 250.00 | 0.10 | 25.00 | Attention to email from PRYOR CASHMAN LLP regarding objection to Final Financing Order and DIP Term Sheet (.1).<br>Nirvanix<br>Creditors' Committee | 146 |
| 1508.00 | 12/16/2013 | 3 | P | BB107 | A104 | 250.00 | 0.40 | 100.00 | Review claims agent/Joe King proposal and proposed engagement letter (.3); email communication with co-counsel regarding same (.1).<br>Nirvanix<br>Creditors' Committee | 152 |
| 1508.00 | 12/16/2013 | 3 | P | BB119 | A104 | 250.00 | 0.70 | 175.00 | Review Arch & Beam second monthly fee application (.3); review Cole Schotz second monthly fee application (.4). | 153 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 3 Julia Klein**

| | | | | | | | | | Nirvanix<br>Creditors' Committee | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/17/2013 | 3 | P | BB108 | A104 | 250.00 | 0.10 | 25.00 | Review emails from Ron Beecher and Debra re Comerica's senior lien on the cash in their accounts (.1).<br>Nirvanix<br>Creditors' Committee | 154 |
| 1508.00 | 12/17/2013 | 3 | P | BB118 | A104 | 250.00 | 0.60 | 150.00 | Review RLG first monthly fee application (.6).<br>Nirvanix<br>Creditors' Committee | 270 |
| 1508.00 | 12/18/2013 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review notice of canceled hearing (.1).<br>Nirvanix<br>Creditors' Committee | 288 |
| 1508.00 | 12/19/2013 | 3 | P | BB100 | A104 | 250.00 | 0.50 | 125.00 | Review motion to convert case to ch 7 (.5).<br>Nirvanix<br>Creditors' Committee | 287 |
| 1508.00 | 12/19/2013 | 3 | P | BB103 | A104 | 250.00 | 0.10 | 25.00 | Review CNO re motion regarding rejection of executory K's (.1).<br>Nirvanix<br>Creditors' Committee | 289 |
| 1508.00 | 12/19/2013 | 3 | P | BB119 | A104 | 250.00 | 0.10 | 25.00 | Review CNO re first monthly fee application of Arch & Beam (.1).<br>Nirvanix<br>Creditors' Committee | 290 |
| 1508.00 | 12/20/2013 | 3 | P | BB111 | A104 | 250.00 | 0.60 | 150.00 | Review and analyze MOR for Filing Period November 2013 (.6).<br>Nirvanix<br>Creditors' Committee | 286 |
| 1508.00 | 12/26/2013 | 3 | P | BB107 | A104 | 250.00 | 0.10 | 25.00 | Review letter re: Exercise of Remedies (.1).<br>Nirvanix<br>Creditors' Committee | 291 |
| 1508.00 | 12/29/2013 | 3 | P | BB119 | A104 | 250.00 | 0.10 | 25.00 | Attention to CNO re Cooley 1st monthly fee application (.1).<br>Nirvanix<br>Creditors' Committee | 292 |
| 1508.00 | 12/06/2013 | 3 | P | BB107 | A107 | 250.00 | 0.10 | 25.00 | Communicate with co-counsel regarding deadline for UST objection to term sheet, other scheduling matters (.1).<br>Nirvanix<br>Creditors' Committee | 133 |
| 1508.00 | 12/06/2013 | 3 | P | BB107 | A107 | 250.00 | 0.10 | 25.00 | Review email from D Grassgreen re UST objection to term sheet (.1).<br>Nirvanix<br>Creditors' Committee | 134 |
| 1508.00 | 12/09/2013 | 3 | P | BB117 | A107 | 250.00 | 0.10 | 25.00 | Communicate with Daren regarding Brinkman retention application (.1).<br>Nirvanix<br>Creditors' Committee | 138 |
| 1508.00 | 12/09/2013 | 3 | P | BB117 | A107 | 250.00 | 0.10 | 25.00 | Communicate with Debra G. regarding filing of reply (.1).<br>Nirvanix<br>Creditors' Committee | 142 |
| 1508.00 | 12/10/2013 | 3 | P | BB109 | A107 | 250.00 | 0.30 | 75.00 | Communicate with Patrick R. regarding agenda, filing of reply (.1); communication with co-counsel re same (.1); review notice of canceled hearing (.1).<br>Nirvanix<br>Creditors' Committee | 145 |
| 1508.00 | 12/13/2013 | 3 | P | BB107 | A107 | 250.00 | 0.30 | 75.00 | Communicate with Patrick R regarding wind-down budget (.3).<br>Nirvanix<br>Creditors' Committee | 149 |
| 1508.00 | 12/16/2013 | 3 | P | BB107 | A107 | 250.00 | 0.50 | 125.00 | Communicate with co-counsel regarding claims agent bid (.1); telephone call with Joe King re: case, provided information relevant to propose bid (.3); review email from Debra regarding DIP budget (.1).<br>Nirvanix<br>Creditors' Committee | 151 |
| 1508.00 | 12/17/2013 | 3 | P | BB119 | A107 | 250.00 | 0.10 | 25.00 | Communicate with Brinkman firm regarding their first monthly fee application (.1).<br>Nirvanix<br>Creditors' Committee | 271 |
| 1508.00 | 12/17/2013 | 3 | P | BB119 | A107 | 250.00 | 0.20 | 50.00 | Telephone call with Laura regarding local format/procedures for filing fee applications (.2).<br>Nirvanix<br>Creditors' Committee | 275 |
| 1508.00 | 12/17/2013 | 3 | P | BB108 | A107 | 250.00 | 0.40 | 100.00 | Attention to email traffic with Maxim, Jeremy, Daren, Debra regarding budget issues (.2); review emails among counsel re Comerica's lien (.2).<br>Nirvanix<br>Creditors' Committee | 278 |
| 1508.00 | 12/18/2013 | 3 | P | BB108 | A107 | 250.00 | 0.10 | 25.00 | Review communication from Ron Beecher re Comerica | 279 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Timekeeper 3 Julia Klein** | | | | | | | | | | |
| | | | | | | | | | lien (.1)<br>Nirvanix<br>Creditors' Committee | |
| **Total for Timekeeper 3** | | | | | | Billable | 12.00 | 3,000.00 | Julia Klein | |
| **Timekeeper 4 Scott Leonhardt** | | | | | | | | | | |
| 1508.00 | 12/09/2013 | 4 | P | BB105 | A106 | 275.00 | 0.20 | 55.00 | Teleconference with co-counsel (D. Brinkman) re: adjournment of 9019 motion to allow for discussion on potential plan of liquidation<br>Nirvanix<br>Creditors' Committee | 141 |
| **Total for Timekeeper 4** | | | | | | Billable | 0.20 | 55.00 | Scott Leonhardt | |
| **Timekeeper 5 Andrew Moore** | | | | | | | | | | |
| 1508.00 | 12/04/2013 | 5 | P | BB117 | A101 | 200.00 | 0.30 | 60.00 | Review the docket for objections to the PBR and RLG employment applications and email co-counsel re any informal objections. (.3)<br>Nirvanix<br>Creditors' Committee | 128 |
| 1508.00 | 12/03/2013 | 5 | P | BB118 | A103 | 200.00 | 1.90 | 380.00 | Draft RLG first fee application. (1.9)<br>Nirvanix<br>Creditors' Committee | 123 |
| 1508.00 | 12/03/2013 | 5 | P | BB118 | A103 | 200.00 | 0.40 | 80.00 | Draft the notice of fee application for RLG first fee application. (.4)<br>Nirvanix<br>Creditors' Committee | 126 |
| 1508.00 | 12/03/2013 | 5 | P | BB118 | A103 | 200.00 | 0.20 | 40.00 | Draft the declaration for RLG first fee application. (.2)<br>Nirvanix<br>Creditors' Committee | 127 |
| 1508.00 | 12/06/2013 | 5 | P | BB117 | A103 | 200.00 | 0.30 | 60.00 | Draft certificate of no objection for the BPR retention application. (.3)<br>Nirvanix<br>Creditors' Committee | 130 |
| 1508.00 | 12/06/2013 | 5 | P | BB116 | A103 | 200.00 | 0.30 | 60.00 | Draft certificate of no objection to the RLG retention application. (.3)<br>Nirvanix<br>Creditors' Committee | 131 |
| 1508.00 | 12/17/2013 | 5 | P | BB118 | A103 | 200.00 | 0.50 | 100.00 | Revise the RLG first fee application and the related notice and declaration to incorporate JK's comments. (.5)<br>Nirvanix<br>Creditors' Committee | 272 |
| 1508.00 | 12/17/2013 | 5 | P | BB118 | A103 | 200.00 | 0.70 | 140.00 | Revise billing entries to correct for coding errors and prepared up to date; prepare task and attorney specific billing reports. (.7)<br>Nirvanix<br>Creditors' Committee | 274 |
| 1508.00 | 12/17/2013 | 5 | P | BB118 | A103 | 200.00 | 0.60 | 120.00 | Update requested fees in the RLG first fee application to reflect voluntarily reduced fees; verify the amounts in the application are correct. (.6)<br>Nirvanix<br>Creditors' Committee | 276 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.20 | 40.00 | Continue to update requested fees in the RLG first fee application to reflect voluntarily reduced fees. (.2)<br>Nirvanix<br>Creditors' Committee | 277 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.60 | 120.00 | Confer with JK regarding accounting dating errors in the RLG expense billing report for the RLG first monthly fee applicaiton; revise the expense billing report to correct date errors and include all expenses incurred in November in the November billing report. (.6)<br>Nirvanix<br>Creditors' Committee | 280 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.30 | 60.00 | Revise the RLG first monthly fee application and related notice and declaration to conform the objection deadline to requirements in the interim fee order, incorporate JK comments, and to correct the November expense amounts and categories. (.3)<br>Nirvanix<br>Creditors' Committee | 281 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.40 | 80.00 | Prepare and format the RLG first monthly fee applications, the fee and expense billing exhibits, and the related notice and declaration for electronic filing and e-file the same. (.4)<br>Nirvanix<br>Creditors' Committee | 282 |
| 1508.00 | 12/06/2013 | 5 | P | BB116 | A111 | 200.00 | 0.20 | 40.00 | Format the CNO for the RLG retention application for | 132 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|

**Timekeeper 5 Andrew Moore**

| | | | | | | | | | electronic filing and electronically file the same. (.2)<br>Nirvanix<br>Creditors' Committee | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/09/2013 | 5 | P | BB117 | A111 | 200.00 | 0.20 | 40.00 | Update the CNO regarding the BPR employment application with the correct date, format for electronic filing, and e-file the same; email BPR counsel regarding the CNO filing. (.2)<br>Nirvanix<br>Creditors' Committee | 139 |

**Total for Timekeeper 5**             Billable     7.10     1,420.00  Andrew Moore

**GRAND TOTALS**

Billable     23.70    5,712.50

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Phase ID BB100 Case Administration** | | | | | | | | | | |
| 1508.00 | 12/19/2013 | 3 | P | BB100 | A104 | 250.00 | 0.50 | 125.00 | Review motion to convert case to ch 7 (.5).<br>Nirvanix<br>Creditors' Committee | 287 |
| **Total for Phase ID BB100** | | | | | | Billable | 0.50 | 125.00 | Case Administration | |
| **Phase ID BB103 Executory Contracts/Unexpired Leases** | | | | | | | | | | |
| 1508.00 | 12/19/2013 | 3 | P | BB103 | A104 | 250.00 | 0.10 | 25.00 | Review CNO re motion regarding rejection of executory K's (.1).<br>Nirvanix<br>Creditors' Committee | 289 |
| **Total for Phase ID BB103** | | | | | | Billable | 0.10 | 25.00 | Executory Contracts/Unexpired Leases | |
| **Phase ID BB105 Plan of Reorganization/Disclosure Statement** | | | | | | | | | | |
| 1508.00 | 12/04/2013 | 1 | P | BB105 | A107 | 325.00 | 0.30 | 97.50 | T/c DB re: possibility of plan (.3).<br>Nirvanix<br>Creditors' Committee | 129 |
| 1508.00 | 12/09/2013 | 4 | P | BB105 | A106 | 275.00 | 0.20 | 55.00 | Teleconference with co-counsel (D. Brinkman) re: adjournment of 9019 motion to allow for discussion on potential plan of liquidation<br>Nirvanix<br>Creditors' Committee | 141 |
| 1508.00 | 12/12/2013 | 1 | P | BB105 | A107 | 325.00 | 1.20 | 390.00 | T/c co-counsel re: possibility of filing a plan (.3); t/c co-counsel DB and LP re: wind down concepts (.3); conf call DB, LP and D. Grassgreen re: plan alternatives (.3); t/c DB re: obtaining budget from PR at Cole Schotz (.3)<br>Nirvanix<br>Creditors' Committee | 147 |
| **Total for Phase ID BB105** | | | | | | Billable | 1.70 | 542.50 | Plan of Reorganization/Disclosure Statement | |
| **Phase ID BB107 Cash Collateral/DIP Financing** | | | | | | | | | | |
| 1508.00 | 12/02/2013 | 3 | P | BB107 | A104 | 250.00 | 0.20 | 50.00 | Review/analyze first amendment to DIP financing (.2).<br>Nirvanix<br>Creditors' Committee | 117 |
| 1508.00 | 12/04/2013 | 3 | P | BB107 | A104 | 250.00 | 0.20 | 50.00 | Review first amendment to final DIP order (.2).<br>Nirvanix<br>Creditors' Committee | 144 |
| 1508.00 | 12/06/2013 | 3 | P | BB107 | A107 | 250.00 | 0.10 | 25.00 | Communicate with co-counsel regarding deadline for UST objection to term sheet, other scheduling matters (.1).<br>Nirvanix<br>Creditors' Committee | 133 |
| 1508.00 | 12/06/2013 | 3 | P | BB107 | A107 | 250.00 | 0.10 | 25.00 | Review email from D Grassgreen re UST objection to term sheet (.1).<br>Nirvanix<br>Creditors' Committee | 134 |
| 1508.00 | 12/09/2013 | 3 | P | BB107 | A104 | 250.00 | 3.20 | 800.00 | Review and analysis of UST objection to term sheet (.4); review and analyze legal authority and Delaware precedent on 9019 gifting motions outside of a ch. 11 plan (2.8)<br>Nirvanix<br>Creditors' Committee | 135 |
| 1508.00 | 12/09/2013 | 2 | P | BB107 | A101 | 150.00 | 0.30 | 45.00 | Prepare research binder on 9019 gifting motions for attorney.<br>Nirvanix<br>Creditors' Committee | 136 |
| 1508.00 | 12/09/2013 | 3 | P | BB107 | A104 | 250.00 | 1.90 | 475.00 | Send email reminder to counsel regarding deadline for filing reply to UST objection to term sheet (.1); multiple follow-up email exchanges with co-counsel and counsel for lenders regarding reply to UST objection (.2); telephone discussion with D Oken regarding substance and timing of filing of reply (.3); review documents sent by Peter Keane (1.3).<br>Nirvanix<br>Creditors' Committee | 137 |
| 1508.00 | 12/12/2013 | 3 | P | BB107 | A104 | 250.00 | 0.10 | 25.00 | Attention to email from PRYOR CASHMAN LLP regarding objection to Final Financing Order and DIP Term Sheet (.1).<br>Nirvanix<br>Creditors' Committee | 146 |
| 1508.00 | 12/13/2013 | 3 | P | BB107 | A107 | 250.00 | 0.30 | 75.00 | Communicate with Patrick R regarding wind-down budget (.3).<br>Nirvanix<br>Creditors' Committee | 149 |
| 1508.00 | 12/16/2013 | 3 | P | BB107 | A107 | 250.00 | 0.50 | 125.00 | Communicate with co-counsel regarding claims agent bid (.1); telephone call with Joe King re: case, provided information relevant to propose bid (.3); review email | 151 |

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|

**Phase ID BB107 Cash Collateral/DIP Financing**

from Debra regarding DIP budget (.1).
Nirvanix
Creditors' Committee

| 1508.00 | 12/16/2013 | 3 | P | BB107 | A104 | 250.00 | 0.40 | 100.00 | Review claims agent/Joe King proposal and proposed engagement letter (.3); email communication with co-counsel regarding same (.1).<br>Nirvanix<br>Creditors' Committee | 152 |
| 1508.00 | 12/19/2013 | 1 | P | BB107 | A104 | 325.00 | 0.70 | 227.50 | Review revised budget re: winddown (.4); t/c co-counsel re: same (.3)<br>Nirvanix<br>Creditors' Committee | 284 |
| 1508.00 | 12/20/2013 | 1 | P | BB107 | A104 | 325.00 | 0.70 | 227.50 | Prepare for and participate in conf call with co-counsel, DG and PR re: options to concluding case<br>Nirvanix<br>Creditors' Committee | 285 |
| 1508.00 | 12/26/2013 | 3 | P | BB107 | A104 | 250.00 | 0.10 | 25.00 | Review letter re: Exercise of Remedies (.1).<br>Nirvanix<br>Creditors' Committee | 291 |

**Total for Phase ID BB107**     Billable    8.80    2,275.00   Cash Collateral/DIP Financing

**Phase ID BB108 Claims Administration**

| 1508.00 | 12/16/2013 | 1 | P | BB108 | A107 | 325.00 | 0.20 | 65.00 | Review and respond to email from co-counsel re: claims agent<br>Nirvanix<br>Creditors' Committee | 150 |
| 1508.00 | 12/17/2013 | 3 | P | BB108 | A104 | 250.00 | 0.10 | 25.00 | Review emails from Ron Beecher and Debra re Comerica's senior lien on the cash in their accounts (.1).<br>Nirvanix<br>Creditors' Committee | 154 |
| 1508.00 | 12/17/2013 | 3 | P | BB108 | A107 | 250.00 | 0.40 | 100.00 | Attention to email traffic with Maxim, Jeremy, Daren, Debra regarding budget issues (.2); review emails among counsel re Comerica's lien (.2).<br>Nirvanix<br>Creditors' Committee | 278 |
| 1508.00 | 12/18/2013 | 3 | P | BB108 | A107 | 250.00 | 0.10 | 25.00 | Review communication from Ron Beecher re Comerica lien (.1)<br>Nirvanix<br>Creditors' Committee | 279 |

**Total for Phase ID BB108**     Billable    0.80    215.00   Claims Administration

**Phase ID BB109 Court Hearings**

| 1508.00 | 12/09/2013 | 1 | P | BB109 | A107 | 325.00 | 0.20 | 65.00 | Exchange emails with J. Leamy re: adjourning hearing (.2)<br>Nirvanix<br>Creditors' Committee | 140 |
| 1508.00 | 12/10/2013 | 3 | P | BB109 | A107 | 250.00 | 0.30 | 75.00 | Communicate with Patrick R. regarding agenda, filing of reply (.1); communication with co-counsel re same (.1); review notice of canceled hearing (.1).<br>Nirvanix<br>Creditors' Committee | 145 |
| 1508.00 | 12/18/2013 | 3 | P | BB109 | A104 | 250.00 | 0.10 | 25.00 | Review notice of canceled hearing (.1).<br>Nirvanix<br>Creditors' Committee | 288 |

**Total for Phase ID BB109**     Billable    0.60    165.00   Court Hearings

**Phase ID BB111 Schedules/SOFA/US Trustee Reports**

| 1508.00 | 12/20/2013 | 3 | P | BB111 | A104 | 250.00 | 0.60 | 150.00 | Review and analyze MOR for Filing Period November 2013 (.6).<br>Nirvanix<br>Creditors' Committee | 286 |

**Total for Phase ID BB111**     Billable    0.60    150.00   Schedules/SOFA/US Trustee Reports

**Phase ID BB116 RLG Retention**

| 1508.00 | 12/06/2013 | 5 | P | BB116 | A103 | 200.00 | 0.30 | 60.00 | Draft certificate of no objection to the RLG retention application. (.3)<br>Nirvanix<br>Creditors' Committee | 131 |
| 1508.00 | 12/06/2013 | 5 | P | BB116 | A111 | 200.00 | 0.20 | 40.00 | Format the CNO for the RLG retention application for electronic filing and electronically file the same. (.2)<br>Nirvanix<br>Creditors' Committee | 132 |

**Total for Phase ID BB116**     Billable    0.50    100.00   RLG Retention

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|

**Phase ID BB117 Retention of Others**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/04/2013 | 5 | P | BB117 | A101 | 200.00 | 0.30 | 60.00 | Review the docket for objections to the PBR and RLG employment applications and email co-counsel re any informal objections. (.3)<br>Nirvanix<br>Creditors' Committee | 128 |
| 1508.00 | 12/06/2013 | 5 | P | BB117 | A103 | 200.00 | 0.30 | 60.00 | Draft certificate of no objection for the BPR retention application. (.3)<br>Nirvanix<br>Creditors' Committee | 130 |
| 1508.00 | 12/09/2013 | 3 | P | BB117 | A107 | 250.00 | 0.10 | 25.00 | Communicate with Daren regarding Brinkman retention application (.1).<br>Nirvanix<br>Creditors' Committee | 138 |
| 1508.00 | 12/09/2013 | 5 | P | BB117 | A111 | 200.00 | 0.20 | 40.00 | Update the CNO regarding the BPR employment application with the correct date, format for electronic filing, and e-file the same; email BPR counsel regarding the CNO filing. (.2)<br>Nirvanix<br>Creditors' Committee | 139 |
| 1508.00 | 12/09/2013 | 3 | P | BB117 | A107 | 250.00 | 0.10 | 25.00 | Communicate with Debra G. regarding filing of reply (.1).<br>Nirvanix<br>Creditors' Committee | 142 |

**Total for Phase ID BB117**                                    Billable    1.00       210.00  Retention of Others

**Phase ID BB118 RLG Fee Applications**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/03/2013 | 5 | P | BB118 | A103 | 200.00 | 1.90 | 380.00 | Draft RLG first fee application. (1.9)<br>Nirvanix<br>Creditors' Committee | 123 |
| 1508.00 | 12/03/2013 | 5 | P | BB118 | A103 | 200.00 | 0.40 | 80.00 | Draft the notice of fee application for RLG first fee application. (.4)<br>Nirvanix<br>Creditors' Committee | 126 |
| 1508.00 | 12/03/2013 | 5 | P | BB118 | A103 | 200.00 | 0.20 | 40.00 | Draft the declaration for RLG first fee application. (.2)<br>Nirvanix<br>Creditors' Committee | 127 |
| 1508.00 | 12/17/2013 | 3 | P | BB118 | A104 | 250.00 | 0.60 | 150.00 | Review RLG first monthly fee application (.6).<br>Nirvanix<br>Creditors' Committee | 270 |
| 1508.00 | 12/17/2013 | 5 | P | BB118 | A103 | 200.00 | 0.50 | 100.00 | Revise the RLG first fee application and the related notice and declaration to incorporate JK's comments. (.5)<br>Nirvanix<br>Creditors' Committee | 272 |
| 1508.00 | 12/17/2013 | 5 | P | BB118 | A103 | 200.00 | 0.70 | 140.00 | Revise billing entries to correct for coding errors and prepared up to date; prepare task and attorney specific billing reports. (.7)<br>Nirvanix<br>Creditors' Committee | 274 |
| 1508.00 | 12/17/2013 | 5 | P | BB118 | A103 | 200.00 | 0.60 | 120.00 | Update requested fees in the RLG first fee application to reflect voluntarily reduced fees; verify the amounts in the application are correct. (.6)<br>Nirvanix<br>Creditors' Committee | 276 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.20 | 40.00 | Continue to update requested fees in the RLG first fee application to reflect voluntarily reduced fees. (.2)<br>Nirvanix<br>Creditors' Committee | 277 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.60 | 120.00 | Confer with JK regarding accounting dating errors in the RLG expense billing report for the RLG first monthly fee applicaiton; revise the expense billing report to correct date errors and include all expenses incurred in November in the November billing report. (.6)<br>Nirvanix<br>Creditors' Committee | 280 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.30 | 60.00 | Revise the RLG first monthly fee application and related notice and declaration to conform the objection deadline to requirements in the interim fee order, incorporate JK comments, and to correct the November expense amounts and categories. (.3)<br>Nirvanix<br>Creditors' Committee | 281 |
| 1508.00 | 12/18/2013 | 5 | P | BB118 | A103 | 200.00 | 0.40 | 80.00 | Prepare and format the RLG first monthly fee applications, the fee and expense billing exhibits, and the related notice and declaration for electronic filing and e-file the same. (.4)<br>Nirvanix<br>Creditors' Committee | 282 |
| 1508.00 | 12/18/2013 | 2 | P | BB118 | A101 | 150.00 | 0.80 | 120.00 | Prepare service list for attorney review. | 283 |

| Client | Trans Date | Tmkr | H P | Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Phase ID BB118 RLG Fee Applications**

Service on RLG First Monthly Fee Application.
Draft/E-file COS for RLG First Monthly Fee Application.
Nirvanix
Creditors' Committee

| Total for Phase ID BB118 | | | | | Billable | 7.20 | 1,430.00 | RLG Fee Applications |

**Phase ID BB119 Fee Applications of Others**

| 1508.00 | 12/04/2013 | 3 | P | BB119  A104 | 250.00 | 0.70 | 175.00 | Review first monthly application of Cooley LLP (.7).<br>Nirvanix<br>Creditors' Committee | 143 |
| 1508.00 | 12/16/2013 | 3 | P | BB119  A104 | 250.00 | 0.70 | 175.00 | Review Arch & Beam second monthly fee application (.3); review Cole Schotz second monthly fee application (.4).<br>Nirvanix<br>Creditors' Committee | 153 |
| 1508.00 | 12/17/2013 | 3 | P | BB119  A107 | 250.00 | 0.10 | 25.00 | Communicate with Brinkman firm regarding their first monthly fee application (.1).<br>Nirvanix<br>Creditors' Committee | 271 |
| 1508.00 | 12/17/2013 | 3 | P | BB119  A107 | 250.00 | 0.20 | 50.00 | Telephone call with Laura regarding local format/procedures for filing fee applications (.2).<br>Nirvanix<br>Creditors' Committee | 275 |
| 1508.00 | 12/19/2013 | 3 | P | BB119  A104 | 250.00 | 0.10 | 25.00 | Review CNO re first monthly fee application of Arch & Beam (.1).<br>Nirvanix<br>Creditors' Committee | 290 |
| 1508.00 | 12/29/2013 | 3 | P | BB119  A104 | 250.00 | 0.10 | 25.00 | Attention to CNO re Cooley 1st monthly fee application (.1).<br>Nirvanix<br>Creditors' Committee | 292 |

| Total for Phase ID BB119 | | | | | Billable | 1.90 | 475.00 | Fee Applications of Others |

**GRAND TOTALS**

| | | | | | Billable | 23.70 | 5,712.50 | |