# Exhibit B

{00012561. }

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Activity ID E101 Duplicating**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/18/2013 | 1 | P | BB118 | E101 | 0.100 | 39.80 | Duplicating costs re service of RLG first monthly fee application. Nirvanix Creditors' Committee | 26 |
| 1508.00 | 12/31/2013 | 1 | P | BB100 | E101 | 0.100 | 46.10 | General December duplicating costs. Nirvanix Creditors' Committee | 27 |

**Total for Activity ID E101**      Billable      85.90 Duplicating

**Activity ID E108 Postage**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1508.00 | 12/18/2013 | 1 | P | BB118 | E108 | 1.520 | 10.64 | Postage Nirvanix Creditors' Committee | 20 |

**Total for Activity ID E108**      Billable      10.64 Postage

**GRAND TOTALS**

                         Billable      96.54

| Client | Trans Date | Tmkr | H P | Task Code | | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Activity ID E101 Duplicating** | | | | | | | | | |
| 1508.00 | 11/13/2013 | 1 | P | BB106 | E101 | 0.100 | 5.10 | Duplicating costs re service of motion to continue sale.<br>Nirvanix<br>Creditors' Committee | 23 |
| 1508.00 | 11/14/2013 | 1 | P | BB116 | E101 | 0.100 | 167.00 | Duplicating costs re to service RLG retention application.<br>Nirvanix<br>Creditors' Committee | 24 |
| 1508.00 | 11/15/2013 | 1 | P | BB106 | E101 | 0.100 | 99.60 | Duplicating costs re service of objection to asset sale.<br>Nirvanix<br>Creditors' Committee | 25 |
| 1508.00 | 11/30/2013 | 1 | P | BB100 | E101 | 0.100 | 207.50 | General November duplicating costs.<br>Nirvanix<br>Creditors' Committee | 28 |

| | | | | |
|---|---|---|---|---|
| **Total for Activity ID E101** | | Billable | 479.20 | Duplicating |
| | **GRAND TOTALS** | | | |
| | | Billable | 479.20 | |