IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NIRVANIX, INC., | Case No. 13-12595 (BLS) |
| Debtor.[1] | Related to Docket No. 266 |

NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 29, 2014 AT 11:45 A.M. (ET)
BEFORE THE HONORABLE BRENDAN L. SHANNON

## THIS HEARING HAS BEEN CANCELLED

MATTER UNDER CERTIFICATION OF COUNSEL

1. Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed November 22, 2013) (Docket No. 189)

   Objection Deadline:    December 6, 2013 at 4:00 p.m.

   Responses Received:

   a. United States Trustee's Objection to Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed December 6, 2013) (Docket No. 217)

   b. Reply to United States Trustee's Objection to Motion of the Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed January 6, 204) (Docket No. 244)

   Related Pleadings:

   a. Certification of Counsel Submitting Consensual Proposed Order Resolving Motion of The Official Committee of Unsecured Creditors for Order Approving Term Sheet for Settlement Agreement Between Official Committee of Unsecured Creditors and Prepetition Lenders (Filed January 27, 2014) (Docket No. 265)

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

Status: A Certification of Counsel with a consensual Order has been filed with the Court. Accordingly, a hearing on this matter is not necessary unless the Court determines otherwise.

Dated: January 27, 2014

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2291)
Marion M. Quirk (No. 4136)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 652-3131
Fax: (302) 652-3117

Counsel for the Debtor

52238/0001-10256987v1