IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    :    Chapter 7
                                                          :
NIRVANIX, INC.,                                           :    Case No. 13-12595 (BLS)
                                                          :
                    Debtor.[1]                            :
                                                          :

## NOTICE OF FILING OF FINAL REPORT

**PLEASE TAKE NOTICE** that on March 25, 2014, the attached Final Report was filed with the United States Bankruptcy Court for the District of Delaware.

Dated: March 25, 2014                    COLE, SCHOTZ, MEISEL,
        Wilmington, Delaware             FORMAN & LEONARD, P.A.

                            By:    _____
                                   Norman L. Pernick (No. 2291)
                                   Marion M. Quirk (No. 4382)
                                   Patrick J. Reilley (No. 4451)
                                   500 Delaware Avenue, Suite 1410
                                   Wilmington, DE 19801
                                   Tel: (302) 652-3131
                                   Fax: (302) 652-3117

                                   Counsel for the Debtor

---

[1] The last four digits of the Debtor's federal tax identification number are 6586. The Debtor's headquarters and mailing address is 9191 Towne Centre Drive, Suite 510, San Diego, CA 92122.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Nirvanix, Inc.
Debtor

Case No. 13-12595 (BLS)

2/1/14-2/28/14

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month, or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | SVB OPER | SVB UTIL | SVB COLL | SVB MMA | SVB CD | COMERICA MMA | WF lot I Indemnity | Prof Fee Trust | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 19,362 | 1,000 | 10,000 | 132 | 20,000 | 13,144 | 420,000 | 417,706 | 901,344 | | | |
| **RECEIPTS** | | | | | | | | | | | | |
| CASH SALES (VIA CREDIT CARDS) | | | | | | | | | 0 | | 2,182 | |
| ACCOUNTS RECEIVABLE | 28,877 | | | | | | | | 28,877 | | 565,874 | |
| LOANS AND ADVANCES | | | | | | | | | 0 | | 2,200,000 | |
| SALE OF ASSETS | | | | | | | | | 0 | | 2,395,000 | |
| CURRENCY GAINS | | | | | | | | | 0 | | 191 | |
| INTEREST EARNED | 3 | | | | | | | | 3 | | 12 | |
| OTHER (ATTACH LIST) | | | | | | | | | 0 | | 0 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | | 0 | | 1,552,000 | |
| RETURN OF SECURITY DEPOSITS | | | | | | | | | 0 | | 1,800 | |
| TOTAL RECEIPTS | 28,880 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 28,880 | | 6,717,058.57 | |
| **DISBURSEMENTS** | | | | | | | | | | | | |
| NET PAYROLL & PAYROLL TAXES | | | | | | | | | 0 | | 432,325 | |
| CONTRACT LABOR | | | | | | | | | 0 | | 39,885 | |
| SALES, USE, & OTHER TAXES | | | | | | | | | 0 | | 7,506 | |
| EMPLOYEE EXPENSES | | | | | | | | | 0 | | 19,952 | |
| OPERATIONS & INFRASTRUCTURE | 100 | | | | | | | | 100 | | 434,457 | |
| INVENTORY PURCHASES | | | | | | | | | 0 | | 0 | |
| EQUIPMENT PAYMENTS | | | | | | | | | 0 | | 128,100 | |
| INSURANCE | | | | | | | | | 0 | | 44,031 | |
| ADMINISTRATIVE | | | | | | | | | 0 | | 9,709 | |
| RENT | | | | | | | | | 0 | | 38,445 | |
| ORDINARY COURSE PROFESSIONALS | | | | | | | | | 0 | | 13,300 | |
| NOTICING AGENT | | | | | | | | | 0 | | 20,000 | |
| OTHER (ATTACH LIST) | | | | | | | | | 0 | | 5,974 | |
| TRANSFERS (TO DIP/TRUST ACCTS) | | | | | | | | | 0 | | 1,552,000 | |
| INTEREST & BANK FEES | 311 | | | | | | | | 311 | | 21,522 | |
| PROFESSIONAL FEES | | | | | | | | 157,735 | 157,735 | | 1,072,126 | |
| U.S. TRUSTEE QUARTERLY FEES | 1,625 | | | | | | | | 1,625 | | 16,900 | |
| DIP LOAN REPAYMENTS | | | | | | | | | 0 | | 2,633,000 | |
| TOTAL DISBURSEMENTS | 2,036 | 0 | 0 | 0 | 0 | 0 | 0 | 157,735 | 159,771 | | 6,489,232 | 0 |
| NET CASH FLOW | 26,843 | 0 | 0 | 0 | 0 | 0 | 0 | -157,735 | -130,892 | | 227,827 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | |
| CASH - END OF MONTH | 46,205 | 1,000 | 10,000 | 132 | 20,000 | 13,144 | 420,000 | 259,971 | 770,452 | | | 0 |

## THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | 159,771 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 159,771 |

*** The Debtor affirms that [a] bank reconciliations are prepared for all open and active bank accounts on a monthly basis, [b] statements for all open and active bank accounts are retained in our files, and [c] no bank accounts were opened or closed during the current reporting period, except Wells Fargo Escrow Account proceeds were paid to Estate and the account closed and the Wells Fargo Indemnity Account was opened and funded as part of the Lot 1 sale.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re Nirvanix, Inc.**            **Case No.**                         13-12595 (BLS)
                                    **Reporting Period:**                2/1/14-2/28/14

**BANK RECONCILIATIONS & STATEMENTS**
**Continuation Sheet for MOR-1**

The following bank reconciliation reports and statements have been included as separate attachments:

| Banking Institution | Account Type | Account Number |
|---|---|---|
| Comerica Bank | Money Market Account | xxxxxxx714 |
| Comerica Bank | General Operating Account | xxxxxxx729 |
| Silicon Valley Bank | General Operating Account | xxxxxxx248 |
| Silicon Valley Bank | Money Market Account | xxxxxxx073 |
| Silicon Valley Bank | Money Market Account - Collateral Account | xxxxxxx813 |
| Silicon Valley Bank | Utility Adequate Assurance Account | xxxxxxx851 |
| Wells Fargo | Escrow (December Statements) | xxxxxxx400 |
| Wells Fargo | Indemnity  (December Statements) | xxxxxxx100 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Nirvanix, Inc.

Case No.    13-12595 (BLS)
Reporting Period:    2/1/14-2/28/14

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid* Fees | Amount Paid* Expenses | Year-To-Date Paid* Fees | Year-To-Date Paid* Expenses |
|---|---|---|---|---|---|---|---|---|---|
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | 12/1/13-12/31/13 | $55,503.46 | Nirvanix Inc. through Professional Fee Trust Account | Wire: 20140211-0002676 & 20140211-0002683 | 2/11/14 | 43,806.80 | 744.96 | 315,707.20 | 6,417.80 |
| Cooley LLP | 12/1/13-12/31/13 | $38,079.63 | Nirvanix Inc. through Professional Fee Trust Account | Wire | 2/10/14 | 29,216.00 | 1,559.63 | 425,158.60 | 7,003.47 |
| Arch & Beam Global, LLC | 12/1/13-12/31/13 | $35,197.55 | Nirvanix Inc. through Professional Fee Trust Account | Wire: 20140211-0002265 & 20140211-0002669 | 2/11/14 | 28,026.00 | 165.05 | 173,341.00 | 14,191.82 |
| The Rosner Law Group | 12/1/13-12/31/13 | $6,288.24 | Nirvanix Inc. through Professional Fee Trust Account | Wire: 20140220-0002434 | 2/20/14 | $4,570.00 | 575.74 | 18,750.00 | 1,388.38 |
| Brinkman Portillo Ronk, PC | 11/1/13-12/31/13 | $61,107.19 | Nirvanix Inc. through Professional Fee Trust Account | Wire: 20140225-0003163 | 2/25/14 | $48,145.60 | 925.19 | 48,145.60 | 925.19 |
| | | 196,176.07 | | | | 153,764.40 | 3,970.57 | 981,102.40 | 29,926.66 |

Total Fee & Exp    157,734.97

* Fees paid at 80% and expenses paid at 100%.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Nirvanix, Inc.

Case No.   13-12595 (BLS)
Reporting Period: 2/1/14-2/28/14

## Cash disbursements journals - SVB General Account
### Feburary 2014

| MOR_TYPE | Date | Transaction Type | m | Name | Memo/Description | Amount |
|---|---|---|---|---|---|---|
| INTEREST & BANK FEES | 2/3/14 | Journal Entry | | SVB Merchant Services | merchant fees | -32.83 |
| INTEREST EARNED | 2/7/14 | Journal Entry | | SVB | interest | 2.39 |
| OPERATIONS & INFRASTRUCTURE | 2/7/14 | Journal Entry | | Google Services | google services | -100.00 |
| US TRUSTEE FEES | 2/14/14 | Journal Entry | | US Trustee Fees | Quarterly Fees | -1,625.00 |
| ACCOUNTS RECEIVABLE | 2/20/14 | Deposit | | | NBC Universal | 28,876.80 |
| INTEREST & BANK FEES | 2/26/14 | Journal Entry | | SVB | Analysis Service Charge | -278.32 |
| INTEREST EARNED | 2/28/14 | Journal Entry | | SVB | interest | 0.38 |
| | | | | | | 26,843.04 |

×

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| **In re Nirvanix, Inc.** | **Case No.** | 13-12595 (BLS) |
|---|---|---|
| Debtor | **Reporting Period:** | 2/1/14-2/28/14 |

### STATEMENT OF OPERATIONS

|  | Total |
|---|---:|
| **Income** | |
| 7000 Web Storage Services | |
| 7100 Tier 1 Revenue | 14,513.45 |
| Total 7000 Web Storage Services | $    14,513.45 |
| **Total Income** | $    14,513.45 |
| **Cost of Goods Sold** | |
| 8900 Cost of Goods Sold - Other | |
| 8920 License | -746.49 |
| Total 8900 Cost of Goods Sold - Other | -$    746.49 |
| **Total Cost of Goods Sold** | -$    746.49 |
| **Gross Profit** | $    15,259.94 |
| **Expenses** | |
| 11100 Financial fees and bank charges | 311.15 |
| 11600 Internet Usage | 194.89 |
| 12100 Office Supplies | 39.95 |
| **Total Expenses** | $    545.99 |
| **Net Operating Income** | $    14,713.95 |
| **Other Expenses** | |
| 90000 REORGANIZATION EXPENSES | |
| 90100 Professional Fees | 0.00 |
| 90200 U.S. Trustee Quarterly Fees | 1,625.00 |
| 90300 Interest Earned on Acc. Cash in Ch11 | -2.80 |
| Total 90000 REORGANIZATION EXPENSES | $    1,622.20 |
| **Total Other Expenses** | $    1,622.20 |
| **Net Other Income** | -$    1,622.20 |
| **Net Income** | $    13,091.75 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re Nirvanix, Inc.**
Debtor

**Case No.**                    13-12595 (BLS)
**Reporting Period:**    2/1/14-2/28/14

**BALANCE SHEET**
**As of February 28, 2014**

| | Total | |
|---|---|---|
| | **As of Feb 28, 2014** | **Book Value on Petition Date, October 1, 2013** |
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| 1190 Wells Fargo - Nirvana Deposit Account (x1400) | 0.00 | 0 |
| 800 Comerica Bank | 13,144.22 | 26,141 |
| 900 Silicon Valley Bank | 69,936.81 | 96,046 |
| Wells Fargo Bank | 420,000.00 | 0 |
| **Total Bank Accounts** | $            503,081.03 | 122,186 |
| **Accounts Receivable** | | |
| 1200 Accounts Receivable | 491,839.90 | 690,564 |
| 1201 A/R Other | 295,323.11 | 427,912 |
| **Total Accounts Receivable** | $            787,163.01 | 1,118,476 |
| **Other current assets** | | |
| 1216 Loan Fees - Capitalized Current | 7,126.11 | 10,689 |
| 1219 Deferred Costs - Current | 0.00 | 25,229 |
| 1220 Allowance for Doubtful Accounts | -27,953.19 | -27,953 |
| 1250 Other Receivable | 1,950.00 | 1,950 |
| 1270 Credit Card Receivable | 0.00 | 10 |
| 1280 Payroll Clearing | | 8,074 |
| 1300 Prepaid Expenses | 27,755.96 | 43,422 |
| 1310 Prepaid Taxes | 65,499.66 | 71,790 |
| 2136 Undeposited Funds | 746.49 | 0 |
| 2150 Professional Services Retainers | 381,983.26 | 121,812 |
| **Total Other current assets** | $            457,108.29 | 255,024 |
| **Total Current Assets** | $         1,747,352.33 | 1,495,687 |
| | | |
| **Fixed Assets** | | |
| 1600 Accumulated Depreciation | -10,650,836.98 | -10,280,811 |
| 2200 Software | 520,136.75 | 545,995 |
| 2215 Leasehold Improvements | 90,523.60 | 90,524 |
| 2230 Other Assets | 505,615.14 | 550,668 |
| 2400 Computers | 989,128.35 | 966,664 |
| 2500 Nodes | 3,247,551.27 | 4,847,596 |
| 2600 TP Leased Assets | 468,677.62 | 468,678 |
| 2660 Customer Locations | 199,567.28 | 547,402 |
| 2820 Assets Held for Sale | 375,000.00 | 375,000 |
| 2900 Leased Equipment | 4,254,636.97 | 11,224,808 |
| **Total Fixed Assets** | $                     0.00 | 9,336,523 |
| **Other Assets** | | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| **In re Nirvanix, Inc.** | | **Case No.** | 13-12595 (BLS) |
| Debtor | | **Reporting Period:** | 2/1/14-2/28/14 |

**BALANCE SHEET**
**As of February 28, 2014**

| | Total | |
|---|---|---|
| | **As of Feb 28, 2014** | **Book Value on Petition Date, October 1, 2013** |
| 1700 Loan Fees - Capitalized LT | 51,975.00 | 51,975 |
| 1750 Deferred Costs - LT | 0.00 | 124,152 |
| 1950 Deposits | 109,738.10 | 111,538 |
| **Total Other Assets** | $ 161,713.10 | 287,665 |
| **TOTAL ASSETS** | $ 1,909,065.43 | 11,119,875 |
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 3000 Pre-Petition Accounts Payable | 1,696,235.97 | 1,696,982 |
| 3010 Post-Petition Accounts Payable (A/P) | 380,349.14 | |
| **Total Accounts Payable** | $ 2,076,585.11 | 1,696,982 |
| Credit Cards | | |
| 3100 SVB Credit Card - 8469 | 3,730.08 | 5,666 |
| **Total Credit Cards** | $ 3,730.08 | 5,666 |
| Other Current Liabilities | | |
| 3200 Balboa Lease Current | 2,416.05 | 2,416 |
| 3250 NFS Lease | 116,879.17 | 119,786 |
| 3270 Brocade Lease | 8,415.86 | 8,416 |
| 3300 Triple Point Lease- Current | 401,232.84 | 401,233 |
| 3400 Triple Point Loans-Current | 777,638.71 | 777,639 |
| 3450 DIP Loan Payable | 762,000.00 | 0 |
| 3610 Deferred Rent | 0.00 | 136,560 |
| 3630 Contra Accounts Payable Account | -26,500.32 | -26,500 |
| 3635 SVB E-Merchant CC Payable | 210.72 | 452 |
| 3645 Income Tax Liability | 0.00 | 800 |
| 3650 Sales Tax Payable | -3,109.22 | 4,066 |
| 3690 Customer Deposits | 64,781.32 | 64,781 |
| 3700 Accrued Expenses | 142,403.98 | 97,596 |
| 3800 Deferred Revenue | 579,355.51 | 575,365 |
| 3900 Payroll Liabilities | 0.00 | 4,475 |
| 3950 Note Payable | 1,400,831.22 | 1,765,016 |
| 3991 Contra - WF Acme Indemnity Reserve | 420,000.00 | 0 |
| **Total Other Current Liabilities** | $ 4,646,555.84 | 3,932,099 |
| **Total Current Liabilities** | $ 6,726,871.03 | 5,634,747 |
| Long-Term Liabilities | | |
| 5000 Balboa Lease LT | 24,426.51 | 24,427 |
| 5500 NFS Lease - LT | 820,325.02 | 820,325 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**In re Nirvanix, Inc.**   **Case No.**   13-12595 (BLS)
Debtor   **Reporting Period:**   2/1/14-2/28/14

### BALANCE SHEET
### As of February 28, 2014

|  | Total | |
|---|---|---|
|  | As of Feb 28, 2014 | Book Value on Petition Date, October 1, 2013 |
| 5550 Brocade Lease-LT | 59,778.98 | 59,779 |
| 5600 Triple Point Lease - LT | 1,505,625.51 | 1,505,626 |
| 5650 Triple Point Loans - LT | 4,850,661.18 | 4,850,661 |
| 5700 Dell Lease Financial - LongTerm | 9,389,114.63 | 9,389,115 |
| 5810 Note Payable - LT | 485,201.18 | 1,306,190 |
| 5850 Deferred Revenue - Long-Term | 2,531,189.22 | 2,531,189 |
| 5855 Valuation Adjustment | -86,468.00 | -86,468 |
| 5860 Warrants to Purchase Preferred | 278,200.00 | 278,200 |
| 5870 Comerica Loans - Long Term | 912,026.78 | 912,027 |
| **Total Long-Term Liabilities** | $   20,770,081.01 | 21,591,070 |
| **Total Liabilities** | $   27,496,952.04 | 27,225,817 |
| **Equity** | | |
| 6000 Capital Stock | 59,703,918.20 | 59,703,918 |
| 6500 Retained Earnings | -85,263,589.10 | (64,781,114) |
| Net Income | -28,215.71 | (11,028,746) |
| **Total Equity** | -$   25,587,886.61 | (16,105,942) |
| **TOTAL LIABILITIES AND EQUITY** | $   1,909,065.43 | 11,119,875 |

In re Nirvanix, Inc.                                      Case No. 13-12595 (BLS)
                    Debtor                                Reporting Period: 2/1/14-2/28/14

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| FICA-Employee | 0.00 | | | | | 0.00 |
| FICA-Employer | 0.00 | | | | | 0.00 |
| Unemployment (included in FICA) | 0.00 | | | | | 0.00 |
| Income | 0.00 | | | | | 0.00 |
| Other: | 0.00 | | | | | 0.00 |
| Total Federal Taxes | **0.00** | **0.00** | **0.00** | | | **0.00** |
| **State and Local** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| Sales | 0.00 | | | | | 0.00 |
| Excise | 0.00 | | | | | 0.00 |
| Unemployment | 0.00 | | | | | 0.00 |
| Real Property | 0.00 | | | | | 0.00 |
| Personal Property | 0.00 | | | | | 0.00 |
| Other:    State Disability Insurance | 0.00 | | | | | 0.00 |
| Total State and Local | 0.00 | | | 0.00 | 0.00 | 0.00 |
| **Total Taxes** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | 0 | 0 | 0 | 0 | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | 0 | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | 0 |
| Professional Fees | 380,349 | | | | | 380,349 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:  DIP Funding | 762,000 | | | | | 762,000 |
| Other:  AP Accrued & Vacation | 0 | 0 | | | | 0 |
| **Total Postpetition Debts** | **1,142,349** | **0** | **0** | **0** | **0** | **1,142,349** |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Debtor has adequate cash from the DIP loan and the Lot 1 sale proceeds to pay professional fees.

*"Insider" is defined in 11 U.S.C. Section 101(31).
    Exclude chapter 11 professional fee incurred, but not yet paid

MOR 4 A/P Aging Feb 2014

In re Nirvanix, Inc.
    Debtor

Case No. 13-12595 (BLS)
Reporting Period: 2/1/14-2/28/14

**A/P AGING SUMMARY**
**Nirvanix, Inc**
As of February 28, 2014

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total | Pre-Petition | Post-Petition - 0-30 | Post-Petition 31-60 | BK Prof Srvcs |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 Shades of Grey | | | | | 2,793.75 | 2,793.75 | 2,793.75 | | | |
| Ace Parking Management, Inc. | | | | | 42.50 | 42.50 | 42.50 | | | |
| Amazon Web Services | | | | | 154.02 | 154.02 | 154.02 | | | |
| Amico Data Solutions, Inc. | | | | | 0.00 | 0.00 | 0.00 | | | |
| Arch & Beam Global LLC | | | 6,808.95 | 71,140.43 | 19,517.80 | 97,467.18 | 0.00 | | | 97,467.18 |
| Balboa Capital Corporation | | | | | 1,172.95 | 1,172.95 | 1,172.95 | | | |
| Brinkman Portillo Ronk, PC | | | | 5,467.12 | | 5,467.12 | 0.00 | | | 5,467.12 |
| Broadband Developments, Inc. | | | | | 21,000.00 | 21,000.00 | 21,000.00 | | | |
| Brocade Communications | | | | | 3,306.38 | 3,306.38 | 3,306.38 | | | |
| By Appointment Only | | | | | 34,500.00 | 34,500.00 | 34,500.00 | | | |
| Century Link -Acct 84356591 | | | | | 51,577.34 | 51,577.34 | 51,577.34 | | | |
| Century Link 86427693 | | | | | 37,079.85 | 37,079.85 | 37,079.85 | | | |
| Cole, Shotz, Meisel, Forman & Leonard | | | 23,000.00 | 89,747.89 | 41,942.32 | 154,690.21 | 0.00 | | | 154,690.21 |
| Comerica Bank | | | 5,974.13 | 6,173.27 | | 12,147.40 | 12,147.40 | | | |
| Cooley LLP | | | 28,000.00 | 25,261.30 | 53,028.35 | 106,289.65 | 0.00 | | | 106,289.65 |
| Corporation Service Company | | | | | 1,074.00 | 1,074.00 | 1,074.00 | | | |
| Cyrus One | | | | | 25,204.19 | 25,204.19 | 25,204.19 | | | |
| Dallas County Tax Office | | | | | 2,928.02 | 2,928.02 | 2,928.02 | | | |
| Delaware Corp & Tax | | | | | 8,642.72 | 8,642.72 | 8,642.72 | | | |
| Dell | 30,451.72 | | | | 377,011.31 | 407,463.03 | 407,463.03 | | | |
| Dell Financial Services | | | | | 29,251.81 | 29,251.81 | 29,251.81 | | | |
| Dragon Slayer Consulting | | | | | 10,000.00 | 10,000.00 | 10,000.00 | | | |
| Duane Morris, LLP | | | | | -308.22 | -308.22 | -308.22 | | | |
| EarthNet Inc. | | | | | 1,464.10 | 1,464.10 | 1,464.10 | | | |
| Enterprise Strategy Group | | | | | 17,500.00 | 17,500.00 | 17,500.00 | | | |
| EPIQ Bankruptcy Solutions Llc | | | 5,178.20 | | | 5,178.20 | 0.00 | | | 5,178.20 |
| Equinix (Germany) -FR4 599 | | | | | 36,619.20 | 36,619.20 | 36,619.20 | | | |
| Equinix (Germany) GmbH-FR2 525 | | | | | 141,568.28 | 141,568.28 | 141,568.28 | | | |
| Equinix Japan K.K. | | | | | 16,329.60 | 16,329.60 | 16,329.60 | | | |
| Equinix New York | | | | | 130,055.96 | 130,055.96 | 130,055.96 | | | |
| Ernst & Young LLP | | | | | 10,086.00 | 10,086.00 | 10,086.00 | | | |
| Fastenal Company | | | | | 873.97 | 873.97 | 873.97 | | | |
| Gartner, Inc | | | | | 293.59 | 293.59 | 293.59 | | | |
| Global Crossing Conferencing | | | | | 1,283.13 | 1,283.13 | 1,283.13 | | | |
| Global Crossing Telecommunications (Level | | | | | 0.00 | 0.00 | 0.00 | | | |
| great west | | | | -1,882.67 | 1,882.67 | 0.00 | 0.00 | | | |
| Hakim Weatherspoon | | | | | 5,425.00 | 5,425.00 | 5,425.00 | | | |
| Independent Consulting Services | | | | | 18,000.00 | 18,000.00 | 18,000.00 | | | |
| Insight Investments | | | | | 271.51 | 271.51 | 271.51 | | | |
| Intermap Network Services | | | | 30.20 | 20,389.00 | 20,419.20 | 20,419.20 | | | |
| JM&C AR Mgmt. | | | | | 3,465.83 | 3,465.83 | 3,465.83 | | | |
| Keynote Systems, Inc. | | | | | 940.00 | 940.00 | 940.00 | | | |
| Larsen Deisgn Office, Inc. | | | | | -146.25 | -146.25 | -146.25 | | | |
| Level (3) Communications, LLC | | | | | 32,185.82 | 32,185.82 | 32,185.82 | | | |
| LJ Gateway Office LLC | | | | 349.40 | 1,635.84 | 1,985.24 | 1,985.24 | | | |

MOR 4 A/P Aging Feb 2014

MOR 4 AP Aging Feb 2014

In re Nirvanix, Inc.
Debtor

Case No. 13-12595 (BLS)
Reporting Period: 2/1/14–2/28/14

**A/P AGING SUMMARY**
**Nirvanix, Inc**
As of February 28, 2014

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total | Pre-Petition | Post-Petition - 0-30 | Post-Petition 31-60 | BK Prof Srvcs |
|---|---|---|---|---|---|---|---|---|---|---|
| Marketo, Inc. | | | | | 3,753.48 | 3,753.48 | 3,753.48 | | | |
| McGladrey & Pullen, LLP | | | | | 26,603.52 | 26,603.52 | 26,603.52 | | | |
| Modis | | | | | 117,089.65 | 117,089.65 | 117,089.65 | | | |
| Nasuni Corporation. | | | | | 1,490.32 | 1,490.32 | 1,490.32 | | | |
| Neustar, Inc | | | | 0.60 | 12,129.00 | 12,129.60 | 12,129.60 | | | |
| NFS Leasing | | 2,906.87 | | | | 2,906.87 | 2,906.87 | | | |
| Nimsoft Inc. | | | | | 156,100.00 | 156,100.00 | 156,100.00 | | | |
| NTT America | | | | | 1,560.00 | 1,560.00 | 1,560.00 | | | |
| P1 Technologies | | | | | 6,983.68 | 6,983.68 | 6,983.68 | | | |
| Rabit, Inc. | | | | | 91,384.09 | 91,384.09 | 91,384.09 | | | |
| Rosner Law Group | 7,711.78 | | 3,545.00 | | | 11,256.78 | 0.00 | | | 11,256.78 |
| ST Technologies | | | | | 88.44 | 88.44 | 88.44 | | | |
| Salesforce.com, Inc. | | | | | 0.00 | 0.00 | 0.00 | | | |
| Sidepath | | | | | 1,020.93 | 1,020.93 | 1,020.93 | | | |
| SIGMA | | | | | 3,367.84 | 3,367.84 | 3,367.84 | | | |
| Sohonet Inc. | | | -7,530.00 | | 7,530.00 | 0.00 | 0.00 | | | |
| Switch/SuperNap | | | | | 36,216.34 | 36,216.34 | 36,216.34 | | | |
| Tap Internet Consulting | | | | | 71.25 | 71.25 | 71.25 | | | |
| TekSystem | | | | | 27,893.16 | 27,893.16 | 27,893.16 | | | |
| TelePacific Communications | | | | | 4,370.12 | 4,370.12 | 4,370.12 | | | |
| Triple Point Capital | | | | | 0.20 | 0.20 | 0.20 | | | |
| TwinStrata, Inc. | | | | | 6,718.00 | 6,718.00 | 6,718.00 | | | |
| UPS | | | | | 6.96 | 6.96 | 6.96 | | | |
| Valley View Ventures, Inc. | | | | | 2,500.00 | 2,500.00 | 2,500.00 | | | |
| Value Labs | | | | | 75,700.00 | 75,700.00 | 75,700.00 | | | |
| Verizon Wireless | | | | | 681.60 | 681.60 | 681.60 | | | |
| Violin Memory Inc. | | | | | 0.00 | 0.00 | 0.00 | | | |
| William Blair & Company, LLC | | | | | 15,000.00 | 15,000.00 | 15,000.00 | | | |
| Yvonne Zivanic | | | | 225.00 | 225.00 | 450.00 | 450.00 | | | |
| **TOTAL** | $ 7,712 | $ 33,359 | $ 64,976 | $ 196,513 | $ 1,774,026 | $ 2,076,585 | $ 1,696,236 | $ 0 | $ 0 | $ 380,349 |

Total Post-Petition A/P including Prof Fees    380,349
Total Post-Petition A/P including Prof Fees, Taxes & DIP Loan    1,142,349

MOR 4 AP Aging Feb 2014

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Nirvanix, Inc.

Case No. 13-12595 (BLS)
Reporting Period: 2/1/14-2/28/14

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | 801,526.36 |
| + Amounts billed during the period less credit memos | | 14,513.45 |
| - Amounts collected during the period | | 28,876.80 |
| Total Accounts Receivable at the end of the reporting period | | 787,163.01 |
| | | |
| Accounts Receivable Aging | | Amount |
| Current | | 0.00 |
| 0 - 30 days old | | 0.00 |
| 31 - 60 days old | | 75,671.41 |
| 61 - 90 days old | | 169,928.65 |
| 91+ days old | | 541,562.95 |
| Total Accounts Receivable | | 787,163.01 |
| Amount considered uncollectible (Bad Debt) | See Note 1. | 27,953.19 |
| Accounts Receivable (Net) | | 759,209.82 |

Note 1: A substantial amount of the AR is in dispute and so the Allowance for Doubtful Accounts is unknown at this time, but likely materially higher.

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re Nirvanix, Inc.

Case No.          13-12595 (BLS)
Reporting Period: 2/1/14-2/28/14

### EXPLANATION TO DEBTOR QUESTIONNAIRE (MOR-5)

| Question & Explanation (if required) | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |

Explanation: Yes, funds were disbursed from the Professional Fee Trust Account to pay professional fees approved by the Court.

| | Yes | No |
|---|---|---|
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |

Explanation: The Company filed the 2011 income tax returns during November 2013.  The Company still has 2012 income tax returns outstanding.  Company had significant losses during this time and so the Company believes that no taxes are due.

| | Yes | No |
|---|---|---|
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |

Reconcile Session Report

# Nirvanix, Inc
# Reconciliation Report
## Adequate Assurance 4851, Period Ending 02/28/2014

Reconciled on: 03/07/2014 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: matthew english

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 1,000.00 |
| Checks and Payments cleared | 0.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 1,000.00 |
| Register Balance as of 02/28/2014 | 1,000.00 |

Reconcile Session Report

# Nirvanix, Inc
# Reconciliation Report
## Money Market, Period Ending 02/28/2014

Reconciled on: 03/07/2014 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: matthew english

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 10,000.00 |
| Checks and Payments cleared | 0.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 10,000.00 |
| Register Balance as of 02/28/2014 | 10,000.00 |

3/7/2014                                          Reconcile Session Report

# Nirvanix, Inc
# Reconciliation Report
## Silicon Valley Bank General, Period Ending 02/28/2014

Reconciled on: 03/07/2014 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: matthew english

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 63,611.66 |
| Checks and Payments cleared | -43,809.71 |
| Deposits and Other Credits cleared | +28,879.99 |
| Statement Ending Balance | 48,681.94 |
| Uncleared transactions as of 02/28/2014 | -9,877.46 |
| Register Balance as of 02/28/2014 | 38,804.48 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 12/01/2013 | Bill Payment | 1895 | Microsoft Licensing, GP | -43,398.56 |
| 02/03/2014 | Check | ACH | SVB - Bank Fees | -32.83 |
| 02/07/2014 | Check | 1737 | Google, Inc. | -100.00 |
| 02/26/2014 | Check | ACH | SVB - Bank Fees | -278.32 |
| Total | | | | -43,809.71 |

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 01/31/2014 | Transfer | | | 0.42 |
| 02/07/2014 | Deposit | | | 2.39 |
| 02/14/2014 | Check | 1736 | VOID | 0.00 |
| 02/20/2014 | Deposit | | NBC Universal | 28,876.80 |
| 02/28/2014 | Deposit | | | 0.38 |
| Total | | | | 28,879.99 |

## Additional Information

Uncleared Checks and Payments as of 02/28/2014

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 04/11/2013 | Bill Payment | 1411 | Forrester Research, Inc. | -4,750.00 |
| 09/09/2013 | Bill Payment | 1668 | Brocade Communications | -3,306.38 |
| 09/13/2013 | Bill Payment | 1669 | Avant/CDW | -46.08 |
| 11/08/2013 | Check | 1700 | Commonwealth of Massachusetts | -150.00 |
| 02/14/2014 | Bill Payment | 1735 | Office of the United States Trustee | -1,625.00 |
| Total | | | | -9,877.46 |

3/7/2014

# Nirvanix, Inc
# Reconciliation Report
## Silicon Valley MMA, Period Ending 02/28/2014

Reconciled on: 03/07/2014 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: matthew english

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 132.30 |
| Interest Earned | +0.03 |
| Checks and Payments cleared | 0.00 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | 132.33 |
| Register Balance as of 02/28/2014 | 132.33 |

**WELLS FARGO**

CTS CMES SAN FRANCISCO CA
CORPORATE TRUST SERVICES
MAC A0119-181
333 MARKET STREET, 18TH FLOOR
SAN FRANCISCO, CA 94105-2102

# ORACLE (ACME ACQ LLC) (PURCHASER) ACQUISITION OF NIRVANIX, INC. (SELLER)
## PROJECT NIRVANA

ACCOUNT NUMBER
MONTHLY STATEMENT
JANUARY 1, 2014 THROUGH JANUARY 31, 2014

ACCOUNT MANAGER: MICHAEL SUSNOW
TELEPHONE NUMBER: 415-371-3224

ADMINISTRATOR: WINNIE CHOW
TELEPHONE NUMBER: 415-371-2501

03214    SB

NIRVANIX, INC
ATTN: CATHY CLARK
9191 TOWNE CENTRE DRIVE, SUITE 510
SAN DIEGO, CA 92122

TRS 26084 (0000 001140 Rev 00) (3-02-51856)

*445B47198B16*

**WELLS FARGO**

ORACLE (ACME ACO1)/NIRVANIX INDEMNITY
ACCOUNT NUMBER

TABLE OF CONTENTS
FOR THE PERIOD JANUARY 1, 2014 THROUGH JANUARY 31, 2014

| REPORT NAME | PAGE NUMBER |
| --- | --- |
| ASSET SUMMARY ............................ | 1 |
| CASH SUMMARY ............................. | 2 |

TRS 26984 (0000.001140 Rev 00) (3-02-51856)

·44E847196824·

**WELLS FARGO**

PAGE  1

ORACLE (ACME ACO)/NIRVANIX INDEMNITY
ACCOUNT NUMBER :

ASSET SUMMARY
AS OF JANUARY 31, 2014

## ASSET SUMMARY

| INVESTMENT CATEGORY | COST VALUE | MARKET VALUE | UNREALIZED GAIN/LOSS | ACCRUED INCOME |
|---|---|---|---|---|
| CASH | 420,000.00 | 420,000.00 | | |
| TOTAL INVESTMENTS | 420,000.00 | 420,000.00 | 0.00 | 0.00 |

**WELLS FARGO**

PAGE  2

ORACLE (ACME ACQ)/NIRVANIX INDEMNITY
ACCOUNT NUMBER :

CASH SUMMARY
FOR THE PERIOD JANUARY 1, 2014 THROUGH JANUARY 31, 2014

## CASH SUMMARY

| DESCRIPTION | PRINCIPAL CASH | INCOME CASH |
|---|---|---|
| BEGINNING BALANCE | 420,000.00 | 0.00 |
| ENDING BALANCE | 420,000.00 | 0.00 |

TRS 26984 (0000 001140 Rev 00) (3-02-51856)



•445947198856•



## Silicon Valley Bank

3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>011103 9477915 0001 092196 10Z
NIRVANIX INC
ADEQUATE ASSURANCE ACCOUNT
9191 TOWNE CENTRE DRIVE
SUITE 510
SAN DIEGO CA 92122

# February 2014

*Reporting Activity 02/01 - 02/28*                    *Page 1 of 2*

## Managing Your Accounts

 **Phone:**        (408) 654-4636

 **Toll-Free:**    (800) 774-7390

**Email:**        clientservice@svb.com

**Online:**       www.svb.com

---

## Summary of Accounts

Welcome to your new and improved SVB account statement. This new statement provides the same information as your current statements, but with a more contemporary design.

As a reminder, SVB will no longer mail printed statements unless:  a) you have specifically requested one; b) this account is considered a personal account; c) you do not have SVB Online Banking; or d) the account has additional statement copies. If you have questions, please contact your Relationship Advisor or Client Support Center at 800.774.7390 or clientservice@svb.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX4851 | $1,000.00 |
| **Total Balance** | | **$1,000.00** |

# Analysis Checking - XXXXXX4851

## Account Summary

| Date | Description | |
|---|---|---|
| 02/01/2014 | **Beginning Balance** | **$1,000.00** |
| 02/28/2014 | **Ending Balance** | **$1,000.00** |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2014 | Beginning Balance | | | $1,000.00 |
| | No activity this statement period | | | |
| 02/28/2014 | Ending Balance | | | $1,000.00 |

**Member FDIC**

EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included in this statement as follows: Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?      ☐ Verified additions and sub-tractions in your checkbook?      ☐ Compared canceled checks to check stub?      ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13

**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>018685 9477915 0001 092196 10Z
NIRVANIX INC
COLLATERAL MMA
9191 TOWNE CENTRE DRIVE
SUITE 510
SAN DIEGO CA 92122

## February 2014

*Reporting Activity 02/01 - 02/28*                    *Page 1 of 4*

### Managing Your Accounts

 **Phone:**      (408) 654-4636

**Toll-Free:**   (800) 774-7390

 **Email:**      clientservice@svb.com

**Online:**     www.svb.com

---

## Summary of Accounts

Welcome to your new and improved SVB account statement. This new statement provides the same information as your current statements, but with a more contemporary design.

As a reminder, SVB will no longer mail printed statements unless: a) you have specifically requested one; b) this account is considered a personal account; c) you do not have SVB Online Banking; or d) the account has additional statement copies. If you have questions, please contact your Relationship Advisor or Client Support Center at 800.774.7390 or clientservice@svb.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Collateral MMA | XXXXXX4813 | $10,000.00 |
| **Total Balance** | | **$10,000.00** |

## Collateral MMA - XXXXXX4813

### Account Summary

| Date | Description | |
|---|---|---|
| **02/01/2014** | **Beginning Balance** | **$10,000.00** |
| **02/28/2014** | **Ending Balance** | **$10,000.00** |
| | Total debits this period | $0.38 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

### Interest Summary

| Description | |
|---|---|
| Interest Earned From 02/01/2014 Through 02/28/2014 | |
| Annual Percentage Yield Earned | 0.05% |
| Interest Days | 28 |
| Interest Earned | $0.38 |
| Interest Paid This Period | $0.38 |
| Interest Paid Year-to-Date | $0.80 |
| Interest Withheld Year-to-Date | $0.00 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2014 | Beginning Balance | | | $10,000.00 |
| 02/28/2014 | INTEREST PAYMENT | | $0.38 | $10,000.38 |
| 02/28/2014 | INT TRANSFER TO 3300530248 | -$0.38 | | $10,000.00 |
| 02/28/2014 | Ending Balance | | | $10,000.00 |

 **Member FDIC**
EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | | $ | |
| | | | | | | ADD | | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | | |
| | | | | | | | | $ | |
| | | | | | | | | | |
| | | | | | | SUBTOTAL | | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)
Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS
You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT
We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13



## Collateral MMA - XXXXXX4813 (continued)

**Interest Rate Summary**

| Date | Rate |
|------|------|
| 01/31/2014 | 0.05% |



THIS PAGE LEFT INTENTIONALLY BLANK

**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>000306 3977366 0001 092196 10Z

NIRVANIX, INC.
C/O TRIPLEPOINT CAPITAL, LLC
2755 SAND HILL ROAD
MENLO PARK, CA 94025

# February 2014

*Reporting Activity 02/01 - 02/28*          *Page 1 of 4*

## Managing Your Accounts

 **Phone:**      (408) 654-4636

**Toll-Free:**   (800) 774-7390

 **Email:**      clientservice@svb.com

**Online:**     www.svb.com

---

## Summary of Accounts

Welcome to your new and improved SVB account statement. This new statement provides the same information as your current statements, but with a more contemporary design.

As a reminder, SVB will no longer mail printed statements unless: a) you have specifically requested one; b) this account is considered a personal account; c) you do not have SVB Online Banking; or d) the account has additional statement copies. If you have questions, please contact your Relationship Advisor or Client Support Center at 800.774.7390 or clientservice@svb.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Analysis Checking | XXXXXX0248 | $48,681.94 |
| **Total Balance** | | **$48,681.94** |

# Analysis Checking - XXXXXX0248

## Account Summary

| Date | Description | |
|---|---|---|
| 02/01/2014 | **Beginning Balance** | **$63,612.08** |
| 02/28/2014 | **Ending Balance** | **$48,681.94** |
| | Total debits this period | $43,809.71 |
| | Total credits this period | $28,879.57 |
| | Service Charge | $0.00 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2014 | Beginning Balance | | | $63,612.08 |
| 02/03/2014 | MERCHE-SOLUTIONS BILLING NIRVANIX, INC | -$32.83 | | $63,579.25 |
| 02/07/2014 | INTEREST PYMT-CD 008800062472 | | $2.39 | $63,581.64 |
| 02/07/2014 | GOOGLE*SVCS APPS_NIRVA NIRVANIX INC. | -$100.00 | | $63,481.64 |
| 02/12/2014 | WIRE OUT 40212L1B77D1C000709{ 201404300768;BNF DELL MARKETIN G L.P. C/O DELL USA L.;OBI NIR | -$43,398.56 | | $20,083.08 |

Member FDIC

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included in your statement as follows: Interest-ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?    ☐ Verified additions and sub-tractions in your checkbook?    ☐ Compared canceled checks to check stub?    ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13



## Analysis Checking - XXXXXX0248 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/20/2014 | DEPOSIT | | $28,876.80 | $48,959.88 |
| 02/26/2014 | ANALYSIS SERVICE CHARGE | -$278.32 | | $48,681.56 |
| 02/28/2014 | INT TRANSFER FROM 3301034813 | | $0.38 | $48,681.94 |
| 02/28/2014 | Ending Balance | | | $48,681.94 |



**February 2014**

*Reporting Activity 02/01 - 02/28*          *Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK

**svb** ›

**Silicon Valley Bank**

3003 Tasman Drive
Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>000737 9477909 0001 092196 10Z

NIRVANIX, INC.
C/O TRIPLEPOINT CAPITAL, LLC
2755 SAND HILL ROAD
MENLO PARK, CA 94025

# February 2014

*Reporting Activity 02/01 - 02/28*              *Page 1 of 2*

## Managing Your Accounts

 **Phone:**       (408) 654-4636

**Toll-Free:**   (800) 774-7390

 **Email:**       clientservice@svb.com

**Online:**      www.svb.com

---

## Summary of Accounts

Welcome to your new and improved SVB account statement. This new statement provides the same information as your current statements, but with a more contemporary design.

As a reminder, SVB will no longer mail printed statements unless:  a) you have specifically requested one; b) this account is considered a personal account; c) you do not have SVB Online Banking; or d) the account has additional statement copies. If you have questions, please contact your Relationship Advisor or Client Support Center at 800.774.7390 or clientservice@svb.com.

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Money Market Account | XXXXXX3073 | $132.33 |
| **Total Balance** | | **$132.33** |

# Money Market Account - XXXXXX3073

## Account Summary

| Date | Description | |
|---|---|---|
| 02/01/2014 | **Beginning Balance** | **$132.30** |
| 02/28/2014 | **Ending Balance** | **$132.33** |
| | Total debits this period | $0.00 |
| | Total credits this period | $0.00 |
| | Service Charge | $0.00 |

## Interest Summary

| Description | |
|---|---|
| Interest Earned From 02/01/2014 Through 02/28/2014 | |
| Annual Percentage Yield Earned | 0.30% |
| Interest Days | 28 |
| Interest Earned | $0.03 |
| Interest Paid This Period | $0.03 |
| Interest Paid Year-to-Date | $0.06 |
| Interest Withheld Year-to-Date | $0.00 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2014 | Beginning Balance | | | $132.30 |
| 02/28/2014 | INTEREST PAYMENT | | $0.03 | $132.33 |
| 02/28/2014 | Ending Balance | | | $132.33 |

 **Member FDIC**

EQUAL HOUSING LENDER

00737 9477909 000736 001475 0001/0001

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included in your statement as follows:  Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | BALANCE | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?   ☐ Verified additions and sub-tractions in your checkbook?   ☐ Compared canceled checks to check stub?   ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

## IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

## IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

## FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Member of FDIC and Federal Reserve System.
SVB, SVB> and SVB>Find a way are all trademarks of SVB Financial Group. ©2013 Silicon Valley Bank.® All rights reserved.
Rev. 09-01-13